# EXHIBIT "A"

Department of the Treasury
Internal Revenue Service
320 Federal Place
Greensboro, N. C. 27401

Date: OCT 30 2003

Letter Number: 531(DO)
Form Number: 1040
Taxpayer Identifying Number:
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

Tax Year Ended and Deficiency:
SEE ATTACHMENT TO LETTER 531
Person to Contact:
Richard Riggsbee
Telephone Number:
(336) 378-2247
Employee Identification Number:
56-688073
Refer Reply to:
436:RMR
Last Day to File a Petition
With the United States Tax
Court:

JAN 28 2004

Sandra Rooker
6814 Tanners Creek Dr
Huntersville, N. C. 28078

**CERTIFIED MAIL**

-NOTICE OF DEFICIENCY-

Dear Sandra Rooker:

We have determined that you owe additional tax or other amounts, or both, for the tax years(s) identified above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have 90 days from the date of this letter (150 days if this letter is addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below.

**United States Tax Court, 400 Second Street, NW, Washington, DC 20217**

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less. If you intend to file a petition for multiple tax years and the amount in dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you. If you use this simplified procedure, you cannot appeal the Tax Court's decision. You can get information pertaining the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site at www.ustaxcourt.gov.



EXHIBIT
"A"

Send the completed petition form, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the above address. The Court cannot consider your case if the petition is filed late. The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

The time you have to file a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS, won't change the allowable period for filing a petition with the Tax Court.

As required by law, separate notices are sent to husbands and wives. If this letter is addressed to both husband and wife, and both want to petition the Tax Court, both must sign and file the petition or each must file a separate, signed petition. If more than one tax year is shown above, you may file one petition form showing all of the years you are contesting.

You may represent yourself before the Tax Court, or you may be represented by anyone admitted to practice before the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the top of the front of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

NOTE: If you are a C-corporation, Section 6621(c) of the Internal Revenue Code requires that we charge an interest rate two percent higher than the normal rate on large corporate underpayments in excess of $100,000.

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the front of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate Assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the enclosed Notice 1214, Helpful Contacts for Your "Notice of Deficiency", for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely,

Mark W. Everson
Commissioner
By

for M. A. Lenihan
Technical Services Manager
Area 4, Territory East
Small Business/Self Employed Division

Enclosures:
Explanation of tax changes
Waiver
Notice 1214
See the attached page which is incorporated herein by reference and made a part hereof.

Sandra Rooker
SSN: 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

ATTACHMENT TO LETTER 531

## Additions to the Tax-Deficiency and Penalties

| | | Penalties | |
|---|---|---|---|
| Tax Year Ended | Increase In Tax | Internal Revenue Code Section 6651(a)(1) | Internal Revenue Code Section 6654 |
| December 31, 1994 | $ 17,330.00 | $ 4,332.00 | $ 899.00 |
| December 31, 1995 | 919.00 | 219.00 | 47.00 |
| Totals | $ 18,249.00 | $ 4,551.00 | $ 946.00 |

It is determined that you had withholding credits in the amount of $41.00 for the taxable year ended December 31, 1995 which will be applied against the deficiencies shown in this notice.

As provided by Internal Revenue Code Section 6601, interest on the underpayments stated herein will be computed at the rate established under Internal Revenue Code Section 6621.

Form **4089**

Department of the Treasury - Internal Revenue Service

(Rev. January 1983)

# Notice of Deficiency Waiver

Name, SSN or EIN, and Address of Taxpayer
SSN: 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

Sandra Rooker
6814 Tanners Creek Dr
Huntersville, N. C. 28078

Kind of Tax: Income

Copy to Authorized Representative

Deficiency

## SEE ATTACHMENT TO FORM 4089

See the attached explanation for the above deficiencies

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law

Your Signature ________________ date

Spouse's Signature ________________ date

Taxpayer's Representative Signature ________________ date

Corporate Name ----------------

Corporate Officers Signature ________________ date

Note: If you consent to the assessment of the amounts shown in this waiver, please sign and return it in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are entitled to a refund. It will not prevent us from later determining, if necessary, that you owe additional tax; nor will it extend the time provided by law for either action.

If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

Who Must Sign: If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

If you agree, please sign one copy and return it; keep the other copy for record

Sandra Rooker
SSN: 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

## ATTACHMENT TO FORM 4089

### Additions to the Tax-Deficiency and Penalties

| Tax Year Ended | Increase In Tax | Penalties: Internal Revenue Code Section 6651(a)(1) | Penalties: Internal Revenue Code Section 6654 |
|---|---|---|---|
| December 31, 1994 | $ 17,330.00 | $ 4,332.00 | $ 899.00 |
| December 31, 1995 | 919.00 | 219.00 | 47.00 |
| Totals | $ 18,249.00 | $ 4,551.00 | $ 946.00 |

It is determined that you had withholding credits in the amount of $41.00 for the taxable year ended December 31, 1995 which will be applied against the deficiencies shown in this notice.

As provided by Internal Revenue Code Section 6601, interest on the underpayments stated herein will be computed at the rate established under Internal Revenue Code Section 6621.

Form 5278
Taxpayer: Sandra Rooker
Ret Form # 1040
Sch #1

STATEMENT - INCOME TAX CHANGES
Notice of Deficiency

| | | Taxable Years Ending December 31, 1994 | 1995 |
|---|---|---|---|
| 1. Adjustments to Income | | | |
| a. W-2 Wage Compensation | | - | 615 |
| b. Standard Deduction | | (3,175) | (3,275) |
| c. Exemptions | | (7,350) | (7,500) |
| d. Self Employed Health Insurance | | (305) | - |
| e. Self Employment Income | | 56,854 | - |
| f. Flow Thru - Ryan Sales, Inc. | | - | (35,000) |
| g. Other Income - Pmts Made on Behalf of Shareholder | | - | 51,269 |
| h. Self-Employment Tax Deduction | | (4,017) | - |
| 2. Total adjustments | | 42,007 | 6,109 |
| 3a. Taxable income | | | |
| Adjusted gross inc | | | |
| b. No Return Filed | [ X ] | 0 | 0 |
| Return as Filed | [ ] | | |
| 4. Taxable inc as rev | [X] | | |
| Adj gross inc as rev | [ ] | 42,007 | 6,109 |
| 5. Tax from: | | | |
| Tax Rate Schedule | [ ] | | |
| Tax Table | [ X ] | 9,297 | 919 |
| 6. Alternative tax if applicable | | 0 | 0 |
| 7. Corrected tax liability | | 9,297 | 919 |
| 8. Less credits: | | | |
| a. Investment credit | | 0 | 0 |
| 9. Balance | | 9,297 | 919 |
| 10. Plus: | | | |
| a. Self Employment Tax | | 8,033 | 0 |
| 11. Total corrected income tax liability | | 17,330 | 919 |
| 12. Total tax: Shown on return and/or As previously adjusted | | 0 | 0 |
| 13. Increase or (decrease) in tax | | $17,330 | $919 |
| 14. Additions to the tax | | | |
| a, Section 6651(a)(1) | | $4,332 | $219 |
| b. Section 6654 | | $899 | $47 |

EXPLANATION OF ADJUSTMENTS for Taxable Years Ended December 31, 1994 and 1995

Statutory Notice Statement

Taxpayer Name:
Sandra Rooker
SSN: 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

Any reference made to amounts "shown on return" in the explanation of adjustments is not applicable because you have not filed the required return.

1.a. It is determined during the taxable year ended December 31, 1995 that Rylan Sales, Inc. paid you the amount of $615.00 as W-2 wage compensation and that such W-2 wage compensation represents taxable income realized by you during those taxable years, respectively as provided by section 61 of the Internal Revenue Code. Accordingly, your taxable income is increased in the amount of $615.00 for the taxable year ended December 31, 1995.

1.b. In that your filing status for purposes of computing your tax liability is determined to be that of a married individual filing a separate return for the taxable years ended December 31, 1994 and December 31, 1995, your tax is determined by reference to the maximum standard deduction available to a married individual filing a separate return for the taxable years ending December 31, 1994 and December 31, 1995, because you have not established that any greater amount is allowable under any provision of the Internal Revenue Code. Accordingly, your taxable income for the taxable years ended December 31, 1994 and December 31, 1995 is decreased for the standard deduction in the amounts of $3,175.00 and 3,275.00, respectively.

1.c. Under the provisions of section 151 of the Internal Revenue Code you are allowed a deduction of $7,350.00 and $7,500.00 for 3 personal exemptions in computing your taxable income for the taxable years ended December 31, 1994 and December 31, 1995, respectively. Accordingly, your taxable income is decreased in the amounts of $7,350.00 and $7,500.00 for those taxable years, respectively.

1.d. It is determined during the taxable year ended December 31, 1994 that you are allowed a deduction in arriving at adjusted gross income for self-employed health insurance in the amount of $305.00. Accordingly, your taxable income is decreased in the amount of $305.00 for the taxable year ended December 31, 1994.

1.e. It is determined during the taxable year ended December 31, 1994 that you received income in the form of net self employment income in the amount of $56,854.00 and that such net self employment income represents taxable income realized by you during that taxable year as provided by section 61 of the Internal Revenue Code. Accordingly, your taxable income is increased in the amount of $56,854.00 for the taxable year ending December 31, 1994. See Exhibit B for computation of this adjustment.

Taxpayer Name:
Sandra Rooker
SSN: 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

EXPLANATION OF ADJUSTMENTS
for Taxable Years

Ended
December 31, 1994 and 1995

Statutory Notice
Statement

1.f. It is determined that during the taxable year ended December 31, 1995 your distributive share of S Corporation ordinary loss from the S Corporation known as Rylan Sales, Inc. is $35,000.00 as provided by Section 1366 of the Internal Revenue Code. Accordingly, your taxable income for the year ended December 31, 1995 is decreased by the amount of $35,000.00.

1.g. It is determined during the taxable year ending December 31, 1995 that Rylan Sales, Inc. made payments of personal expenses for your benefit in the amount of $51,269.00. Such payments were for expenses that are considered personal expenses of yours and are therefore not deductible by Rylan Sales, Inc. Such payments are taxable income to you and are includable in your gross income under Section 61 of the Internal Revenue Code. Accordingly, your taxable income is increased in the amount of $51,269.00 for the taxable year ending December 31, 1995.

1.h. It is determined that you are entitled to a deduction for one-half of your self-employment tax for the taxable year ended December 31, 1994 as defined by section 164(f) of the Internal Revenue Code. Accordingly, your taxable income is decreased by the amount of $4,017.00 for the taxable year ended December 31, 1994.

10.a. It is determined for the taxable year ended December 31, 1994 that Sandra Rooker received self-employment income as defined by section 1402 of the Internal Revenue Code. Therefore, you are subject to self employment tax imposed by section 1401 of the Code on that part of the self-employment income received during the taxable year which does not exceed the contribution and benefit base (as determined under section 230 of the Social Security Act) reduced by the amount of wages received during the taxable year which were subject to F.I.C.A. taxes. See Exhibit __A__ for computation.

14.a. Since your income tax return for the years ended December 31, 1995 and December 31, 1996 were not filed within the time prescribed by law and you have not shown that the failure to file on time was due to reasonable cause, 25.0 percent of the tax is added as provided by section 6651(a)(1) of the Internal Revenue Code for the taxable years ended December 31, 1994 and December 31, 1995. See Exhibit C for computation.

14.b. Since you underpaid your estimated tax for the taxable years ended December 31, 1994 and December 31, 1995 the addition to the tax is charged for those years, as provided by section 6654 of the Internal Revenue Code. See Exhibit D for computation.

Exhibit A

| | | | |
|---|---|---|---|
| Name of Taxpayer: | Sandra Rooker | | 10/20/2003 |
| Identification Number: | 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 | Total | 4.00.00 |

## 1994 - SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

Primary
Sandra Rooker 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

| | |
|---|---|
| 1. Self-employment income | 56,854.00 |
| 2. Multiply line 1 by 92.35% | 52,504.67 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 52,504.67 |
| 6. Maximum earnings subject to social security | 60,600.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 60,600.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 6,510.58 |
| 12. Multiply line 5 by 2.90% | 1,522.64 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 8,033.22 |

Secondary

| | |
|---|---|
| 1. Self-employment income | 0.00 |
| 2. Multiply line 1 by 92.35% | 0.00 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 0.00 |
| 6. Maximum earnings subject to social security | 60,600.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 0.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 0.00 |
| 12. Multiply line 5 by 2.90% | 0.00 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 0.00 |

Sandra Rooker
SSN: 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

Exhibit B
Page 1 of 1

SELF EMPLOYMENT INCOME

**COMPUTATION OF SELF EMPLOYMENT INCOME**

**Tax Year: 199412**

| | |
|---|---|
| **Gross Receipts or Sales** | $ 151,948.00 |
| **Less: Expenses** | |
| **Advertising** | (3,289.00) |
| **Car & Truck** | (1,710.00) |
| **Depreciation** | (2,429.00) |
| **Professional Services** | (1,553.00) |
| **Office Expenses** | (13,024.00) |
| **Rent/Lease Expense** | (14,468.00) |
| **Supplies** | (4,780.00) |
| **Taxes** | (3,708.00) |
| **Wages** | (35,626.00) |
| **Other Miscellaneous Expenses** | (14,507.00) |
| **Net Self Employment Income** | $ 56,854.00 |

Exhibit C

Page 1 of 2

Name of Taxpayer: Sandra Rooker 10/20/2003
Identification Number: [redacted] Total 4.00.00

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause, an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.

1994 - DELINQUENCY PENALTY

| | | |
|---|---|---|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 04/15/1995 | |
| 3. ~~Date return filed~~ No Return Filed | ~~10/20/2003~~ | |
| 4. Failure to File penalty rate | 0.250 | |
| 5. Failure to Pay penalty rate | 0.000 | |
| 6. Total corrected tax, Form 4549, line 11 | | 17,330.00 |
| 7. Payments on or prior to due date of return | | 0.00 |
| 8. Line 6 less line 7 | | 17,330.00 |
| 9. Failure to File Penalty - line 8 multiplied by line 4 | | 4,332.50 |
| 10. Minimum penalty if over 60 days delinquent | | 100.00 |
| 11. Failure to File Penalty - Greater of line 9 or line 10 | | 4,332.50 |
| 12. Previously assessed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty - line 11 less line 12 | | 4,332.50 |
| 14. Failure to Pay Penalty - line 8 multiplied by line 5 | | 0.00 |
| 15. Previously assessed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty - line 14 less line 15 | | 0.00 |
| 17. Total Delinquency Penalty - Sum of line 13 and 16 | | 4,332.50 |

- If an amount appears as the Failure to Pay Penalty, the amount only reflects the addition to tax under Internal Revenue Code section 6651(a)(2) through the date of this notice. The addition to tax will continue to accrue from the due date of the return at a rate of 0.5 percent each month, or fraction thereof, of nonpayment, not exceeding 25 percent.

Exhibit C

Page 2 of 2

Name of Taxpayer: Sandra Rooker
Identification Number: 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 Total

10/20/2003
4.00.00

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause, an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.

### 1995 - DELINQUENCY PENALTY

| | | |
|---|---|---|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 04/15/1996 | |
| 3. ~~Date return filed~~ No Return filed | ~~10/20/2003~~ | |
| 4. Failure to File penalty rate | 0.250 | |
| 5. Failure to Pay penalty rate | 0.000 | |
| 6. Total corrected tax, Form 4549, line 11 | | 919.00 |
| 7. Payments on or prior to due date of return | | 41.00 |
| 8. Line 6 less line 7 | | 878.00 |
| 9. Failure to File Penalty - line 8 multiplied by line 4 | | 219.50 |
| 10. Minimum penalty if over 60 days delinquent | | 100.00 |
| 11. Failure to File Penalty - Greater of line 9 or line 10 | | 219.50 |
| 12. Previously assessed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty - line 11 less line 12 | | 219.50 |
| 14. Failure to Pay Penalty - line 8 multiplied by line 5 | | 0.00 |
| 15. Previously assessed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty - line 14 less line 15 | | 0.00 |
| 17. Total Delinquency Penalty - Sum of line 13 and 16 | | 219.50 |

- If an amount appears as the Failure to Pay Penalty, the amount only reflects the addition to tax under Internal Revenue Code section 6651(a)(2) through the date of this notice. The addition to tax will continue to accrue from the due date of the return at a rate of 0.5 percent each month, or fraction thereof, of nonpayment, not exceeding 25 percent.

Exhibit D
Page 1 of 2

Name of Taxpayer: Sandra Rooker
Identification Number: 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

Total

10/20/2003
4.00.00

1994 - EXPLANATION OF THE ESTIMATED TAX PENALTY

Since you did not pay sufficient estimated tax, addition to the tax is charged as shown below, in accordance with Section 6654(a) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 (Tax Per Return, if a return was filed) | 17,330.00 |
| 2. Withholding taxes | 0.00 |
| 3. Line 1 less line 2 (if less than $500, estimated penalty does not apply) | 17,330.00 |
| 4. 90% of line 1 | 15,597.00 |
| 5. Prior year tax liability (110% of tax if AGI was more than $150,000. or if MFS more than $75,000.) | 0.00 |
| 6. The smaller of line 4 or 5 (as adjusted) | 15,597.00 |

| | | | | |
|---|---|---|---|---|
| 7. Payment Due Date | Apr 15, 1994 | Jun 15, 1994 | Sep 15, 1994 | Jan 15, 1995 |
| 8. Payment Required | 3,899.25 | 3,899.25 | 3,899.25 | 3,899.25 |
| 9. Payments & Credits | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. Overpayment from Line 16 | | 0.00 | 0.00 | 0.00 |
| 11. Total of Lines 9 & 10 | | 0.00 | 0.00 | 0.00 |
| 12. Previous Qtr Underpayment | | 3,899.25 | 7,798.50 | 11,697.75 |
| 13. 11 minus 12 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Remaining Underpayment | | 3,899.25 | 7,798.50 | |
| 15. Underpayment | 3,899.25 | 3,899.25 | 3,899.25 | 3,899.25 |
| 16. Overpayment | 0.00 | 0.00 | 0.00 | 0.00 |

CALCULATION OF QUARTERLY PENALTIES ATTACHED

| | | | | |
|---|---|---|---|---|
| 17. Penalty | 326.46 | 280.85 | 203.82 | 88.13 |
| 18. Previously Assessed Penalty | | | | 0.00 |
| 19. Estimated Tax Penalty | | | | 899.26 |

Exhibit D

Page 2 of 2

| | | | |
|---|---|---|---|
| Name of Taxpayer: | Sandra Rooker | | 10/20/2003 |
| Identification Number: | 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 | Total | 4.00.00 |

1995 - EXPLANATION OF THE ESTIMATED TAX PENALTY

Since you did not pay sufficient estimated tax, addition to the tax is charged as shown below, in accordance with Section 6654(a) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 (Tax Per Return, if a return was filed) | 919.00 |
| 2. Withholding taxes | 41.00 |
| 3. Line 1 less line 2 (if less than $500, estimated penalty does not apply) | 878.00 |
| 4. 90% of line 1 | 827.10 |
| 5. Prior year tax liability (110% of tax if AGI was more than $150,000. or if MFS more than $75,000.) | 0.00 |
| 6. The smaller of line 4 or 5 (as adjusted) | 827.10 |

| | | | | |
|---|---|---|---|---|
| 7. Payment Due Date | Apr 15, 1995 | Jun 15, 1995 | Sep 15, 1995 | Jan 15, 1996 |
| 8. Payment Required | 206.78 | 206.78 | 206.78 | 206.78 |
| 9. Payments & Credits | 10.25 | 10.25 | 10.25 | 10.25 |
| 10. Overpayment from Line 16 | | 0.00 | 0.00 | 0.00 |
| 11. Total of Lines 9 & 10 | | 10.25 | 10.25 | 10.25 |
| 12. Previous Qtr Underpayment | | 196.53 | 393.06 | 589.59 |
| 13. 11 minus 12 | 10.25 | 0.00 | 0.00 | 0.00 |
| 14. Remaining Underpayment | | 186.28 | 382.81 | |
| 15. Underpayment | 196.53 | 206.78 | 206.78 | 206.78 |
| 16. Overpayment | 0.00 | 0.00 | 0.00 | 0.00 |

CALCULATION OF QUARTERLY PENALTIES ATTACHED

| | | | | |
|---|---|---|---|---|
| 17. Penalty | 16.51 | 15.54 | 10.77 | 4.54 |
| 18. Previously Assessed Penalty | | | | 0.00 |
| 19. Estimated Tax Penalty | | | | 47.36 |

| Form 886A | Department of the Treasury - Internal Revenue Service<br>Explanation of Items | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer<br>Sandra Rooker | | Year/Period Ended<br>1994, 1995 |

## LAW AND ARGUMENT:

Internal Revenue Code Section 1366 defines the tax treatment of pass-through items to shareholders. According to IRC 1366(a) which states that in general, in determining the tax under this chapter of a shareholder for the shareholder's taxable year in which the taxable year of the S Corporation ends (or for the final taxable year of a shareholder who dies before the end of the corporation's taxable year), there shall be taken into account the shareholder's pro rata share of the corporation's ---

(A) items of income (including tax-exempt income), loss, deduction, or credit the separate treatment of which could affect the liability for any shareholder, and

(B) nonseparately computed income or loss.

However, Internal Revenue Code Section 1366(d) provides special rules for losses and deductions. The special rules, losses and deductions taken into account are limited as follows:

(1) Cannot Exceed Shareholder's Basis in Stock and Debt. – The aggregate amount of losses and deductions taken into account by a shareholder under subsection (a) for any taxable year shall not exceed the sum of ---

   (A) the adjusted basis of the shareholder's stock in the S Corporation (determined with regard to paragraph (1) of section 1367(a) for the taxable year), and
   (B) the shareholder's adjusted basis of any indebtedness of the S Corporation to the shareholder (determined without regard to paragraph (2) of section 1367(b) of the taxable year).

## TAXPAYER'S POSITION:

None stated at this time.

## CONCLUSION:

In accordance with IRC Section 1366, it has been determined that the shareholder is entitled to flow-through adjustment in the amount of ($35,000) for the tax year 1995.

| Form 886A | Department of the Treasury - Internal Revenue Service<br>Explanation of Items | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer<br>Sandra Rooker | | Year/Period Ended<br>1994, 1995 |

## STANDARD DEDUCTION

| | 1994 | 1995 |
|---|---|---|
| AMOUNT PER RETURN | -0- | -0- |
| AMOUNT PER EXAM | 3,175 | 3,275 |
| ADJUSTMENT | (3,175) | (3,275) |

**FACTS:**

The taxpayer, Sandra Rooker, did not file tax returns for the above tax years 1994 and 1995. The tax liability has been determined by using Substitute for Return procedures. The taxpayer is entitled to the Standard Deduction applicable to the appropriate filing status, as the taxpayer did not have any itemized deductions for the years 1994 and 1995. The taxpayer's filing status for 1994 and 1995 was married filing separate. The taxpayers separated in subsequent tax years and later divorced. Therefore the taxpayers are entitled to the Standard Deduction of married filing separate for the applicable years.

**LAW:**

This allowance and adjustment to taxable income is authorized under Internal Revenue Code Section 63.

**TAXPAYER'S POSITION:**

None stated at this time.

**CONCLUSION:**

The taxpayer will be allowed the amount specified by law for the filing status designated above and in the amount shown.

| Form 886A | Department of the Treasury - Internal Revenue Service<br>Explanation of Items | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer<br>Sandra Rooker | | Year/Period Ended<br>1994, 1995 |

## EXEMPTIONS

| | 1994 | 1995 |
|---|---|---|
| AMOUNT PER RETURN | -0- | -0- |
| AMOUNT PER EXAM | 7,350 | 7,500 |
| ADJUSTMENT | (7,350) | (7,500) |

**FACTS:**

The taxpayer returns for the years shown above were completed per the substitute for return procedures under the provisions of Internal Revenue Code 6020(b). The taxable income per the return is –0-. The correction to income the income item is to allow the personal exemption as a reduction to taxable income.

**LAW:**

Internal Revenue Code Section 151 allows an exemption for the personal exemption of a taxpayer and dependents.

**TAXPAYER'S POSITION:**

None stated at this time.

**CONCLUSION:**

The taxpayer has been allowed a personal exemption for herself and dependents.

| Form 886A | Department of the Treasury - Internal Revenue Service<br>Explanation of Items | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer<br>Sandra Rooker | | Year/Period Ended<br>1994, 1995 |

## SELF EMPLOYMENT TAX

| | 1994 |
|---|---|
| AMOUNT PER RETURN | -0- |
| AMOUNT PER EXAM | 8,033 |
| ADJUSTMENT | 8,033 |

**FACTS:**

The Federal Income Tax Returns for the years shown above were completed using the substitute for return procedures under the provisions of Internal Revenue Code 6020(b).

During the tax years shown above, the taxpayers owned and operated a Schedule C business called Rylan Sales, Inc. This business later incorporated and became a Subchapter S Corporation for the year 1995. However, for the years above, the taxpayers received nonemployee compenstation from various companies. A list of this compensation was given to the taxpayer for review. Also, these companies submitted documents to the Internal Revenue Service verifying that the taxpayer worked for such companies. The taxpayer received payments as compensation for services rendered. These payments are considered to be earned income.

**LAW:**

Internal Revenue Code Section 1401(a) states that in addition to other taxes, there shall be imposed for each taxable year, on the self-employment income of every individual, a tax as follows:

(7) in the case of any taxable year beginning after December 31, 1989, the tax shall be equal to 12.40 percent of the amount of self-employment income for such taxable year.

| Form 886A | Department of the Treasury - Internal Revenue Service<br>Explanation of Items | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer<br>Sandra Rooker | | Year/Period Ended<br>1994, 1995 |

Internal Revenue Code Section 1402(a) states that in addition to the tax imposed by the preceding section, there shall be imposed for each taxable year, hospital insurance, on the self-employment income of every individual, a tax as follows:

(6) in the case of any taxable year beginning after December 31, 1985, the tax shall be equal to 2.90 percent of the amount of self-employment income for such taxable year.

Internal Revenue Code Section 1402(a) states the term "net earnings from self-employment" means the gross income derived by an individual from any trade or business carried on by such individual, less the deductions allowed.

Internal Revenue Code Section 164(f) allows a self-employed individual a deduction from income for one-half of the self-employment tax imposed for the same tax year.

**TAXPAYER'S POSITION:**

None stated at this time.

**CONCLUSION:**

The self-employment income received in the tax year shown above was in excess of $400. Therefore, the taxpayer is subject to the self-employment tax. The computation of the self-employment tax is shown on page 19 of this report.

| | | | |
|---|---|---|---|
| Name of Taxpayer: | Sandra Rooker | | 08/08/2003 |
| Identification Number: | 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 | Total | 4.00.00 |

## 1994 - SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

Primary
Sandra Rooker

| | 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 |
|---|---|
| 1. Self-employment income | 56,854.00 |
| 2. Multiply line 1 by 92.35% | 52,504.67 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 52,504.67 |
| 6. Maximum earnings subject to social security | 60,600.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 60,600.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 6,510.58 |
| 12. Multiply line 5 by 2.90% | 1,522.64 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 8,033.22 |

Secondary

| | |
|---|---|
| 1. Self-employment income | 0.00 |
| 2. Multiply line 1 by 92.35% | 0.00 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 0.00 |
| 6. Maximum earnings subject to social security | 60,600.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 0.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 0.00 |
| 12. Multiply line 5 by 2.90% | 0.00 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 0.00 |

| Form 886A | Department of the Treasury - Internal Revenue Service<br>Explanation of Items | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer<br>Sandra Rooker | | Year/Period Ended<br>1994, 1995 |

## FEDERAL TAX WITHOLDING CREDITS

| | 1994 | 1995 |
|---|---|---|
| AMOUNT PER RETURN | -0- | -0- |
| AMOUNT PER EXAM | - 0 - | (41) |
| ADJUSTMENT | - 0 - | (41) |

**FACTS:**

During the tax years shown above, the taxpayer had Federal withholdings taken from the wages she received for services rendered. The taxpayer is entitled to these prepayment credits.

**LAW:**

Internal Revenue Regulations §31.3401 requires withholding of income tax by an employer on each of an employee wage payments.

**TAXPAYER'S POSITION:**

None stated at this time.

**CONCLUSION:**

It has been determined that the taxpayer should be entitled to the prepayment credits for wages received for the tax year 1995.

| Form 886A | Department of the Treasury - Internal Revenue Service<br>Explanation of Items | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer<br>Sandra Rooker | | Year/Period Ended<br>1994, 1995 |

## DELINQUENCY PENALTY

| | 1994 | 1995 |
|---|---|---|
| AMOUNT PER RETURN | 0- | -0- |
| AMOUNT PER EXAM | 4,333 | 220 |
| ADJUSTMENT | 4,333 | 220 |

**FACTS:**

The Federal Income Tax returns for the years shown above were completed per the substitute for return procedures under the provisions of Internal Revenue Code 6020(b).

There is an addition to tax for failing to file any tax return within the time prescribed by the Code. This penalty is 5% for each month (of fraction thereof) during which there is a failure to file any return, but is not to exceed 25%.

Reasonable cause for the delinquency has not been established by the taxpayer. Therefore, the delinquency penalty is being assessed.

**LAW:**

Internal Revenue Code Section 6072 requires that a tax return be filed with the Internal Revenue Service by April 15th of the year following the close of the calendar year.

Failure to file a required tax return is subject to a 5% per month penalty for the first five months per Code Section 6651.

| Form 886A | Department of the Treasury - Internal Revenue Service<br>Explanation of Items | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer<br>Sandra Rooker | | Year/Period Ended<br>1994, 1995 |

**TAXPAYER'S POSITION:**

None stated at this time.

**CONCLUSION:**

The government's position is to assess the delinquency penalty as described in Code Section 6651 of the Internal Revenue Code. There was no attempt to file tax returns for the years noted above and there was no reasonable cause for not filing these returns. Therefore, the delinquency penalty should be assessed as shown in pages 23 – 24 of this report.

| | | | |
|---|---|---|---|
| Name of Taxpayer: | Sandra Rooker | | 08/08/2003 |
| Identification Number: | 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 | Total | 4.00.00 |

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause, an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.

### 1994 - DELINQUENCY PENALTY

| | | |
|---|---|---|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 04/15/1995 | |
| 3. Date return filed | 08/08/2003 | |
| 4. Failure to File penalty rate | 0.250 | |
| 5. Failure to Pay penalty rate | 0.000 | |
| 6. Total corrected tax, Form 4549, line 11 | | 17,330.00 |
| 7. Payments on or prior to due date of return | | 0.00 |
| 8. Line 6 less line 7 | | 17,330.00 |
| 9. Failure to File Penalty - line 8 multiplied by line 4 | | 4,332.50 |
| 10. Minimum penalty if over 60 days delinquent | | 100.00 |
| 11. Failure to File Penalty - Greater of line 9 or line 10 | | 4,332.50 |
| 12. Previously assessed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty - line 11 less line 12 | | 4,332.50 |
| 14. Failure to Pay Penalty - line 8 multiplied by line 5 | | 0.00 |
| 15. Previously assessed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty - line 14 less line 15 | | 0.00 |
| 17. Total Delinquency Penalty - Sum of line 13 and 16 | | 4,332.50 |

- If an amount appears as the Failure to Pay Penalty, the amount only reflects the addition to tax under Internal Revenue Code section 6651(a)(2) through the date of this notice. The addition to tax will continue to accrue from the due date of the return at a rate of 0.5 percent each month, or fraction thereof, of nonpayment, not exceeding 25 percent.

| | | | |
|---|---|---|---|
| Name of Taxpayer: | Sandra Rooker | | 08/08/2003 |
| Identification Number: | 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 | Total | 4.00.00 |

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause, an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.

### 1995 - DELINQUENCY PENALTY

| | | |
|---|---|---|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 04/15/1996 | |
| 3. Date return filed | 08/08/2003 | |
| 4. Failure to File penalty rate | 0.250 | |
| 5. Failure to Pay penalty rate | 0.000 | |
| 6. Total corrected tax, Form 4549, line 11 | | 919.00 |
| 7. Payments on or prior to due date of return | | 41.00 |
| 8. Line 6 less line 7 | | 878.00 |
| 9. Failure to File Penalty - line 8 multiplied by line 4 | | 219.50 |
| 10. Minimum penalty if over 60 days delinquent | | 100.00 |
| 11. Failure to File Penalty - Greater of line 9 or line 10 | | 219.50 |
| 12. Previously assessed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty - line 11 less line 12 | | 219.50 |
| 14. Failure to Pay Penalty - line 8 multiplied by line 5 | | 0.00 |
| 15. Previously assessed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty - line 14 less line 15 | * | 0.00 |
| 17. Total Delinquency Penalty - Sum of line 13 and 16 | | 219.50 |

- If an amount appears as the Failure to Pay Penalty, the amount only reflects the addition to tax under Internal Revenue Code section 6651(a)(2) through the date of this notice. The addition to tax will continue to accrue from the due date of the return at a rate of 0.5 percent each month, or fraction thereof, of nonpayment, not exceeding 25 percent.

| Form 886A | Department of the Treasury - Internal Revenue Service<br>Explanation of Items | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer<br>Sandra Rooker | | Year/Period Ended<br>1994, 1995 |

## ESTIMATED TAX PENALTY

| | 1994 | 1995 |
|---|---|---|
| AMOUNT PER RETURN | -0- | -0- |
| AMOUNT PER EXAM | 899 | 47 |
| ADJUSTMENT | 899 | 47 |

**FACTS:**

Based on the tax assessed with this report, the taxpayer did not pay at least 80% of their tax liability in advance. (90% for years after 1987).

**LAW:**

Section 6654 imposes a penalty for underpayment of estimated taxes.

**TAXPAYER'S POSITION:**

None stated at this time.

**CONCLUSION:**

The taxpayer has underpaid the estimated tax for the years involved. Because of this, the estimated tax penalty is imposed and computed on pages 26 – 27 of this report.

Name of Taxpayer: Sandra Rooker
Identification Number: 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

Total

08/08/2003
4.00.00

1994 - EXPLANATION OF THE ESTIMATED TAX PENALTY

Since you did not pay sufficient estimated tax, addition to the tax is charged as shown below, in accordance with Section 6654(a) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 (Tax Per Return, if a return was filed) | 17,330.00 |
| 2. Withholding taxes | 0.00 |
| 3. Line 1 less line 2 (if less than $500, estimated penalty does not apply) | 17,330.00 |
| 4. 90% of line 1 | 15,597.00 |
| 5. Prior year tax liability (110% of tax if AGI was more than $150,000. or if MFS more than $75,000.) | 0.00 |
| 6. The smaller of line 4 or 5 (as adjusted) | 15,597.00 |

| | | | | |
|---|---|---|---|---|
| 7. Payment Due Date | Apr 15, 1994 | Jun 15, 1994 | Sep 15, 1994 | Jan 15, 1995 |
| 8. Payment Required | 3,899.25 | 3,899.25 | 3,899.25 | 3,899.25 |
| 9. Payments & Credits | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. Overpayment from Line 16 | | 0.00 | 0.00 | 0.00 |
| 11. Total of Lines 9 & 10 | | 0.00 | 0.00 | 0.00 |
| 12. Previous Qtr Underpayment | | 3,899.25 | 7,798.50 | 11,697.75 |
| 13. 11 minus 12 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Remaining Underpayment | | 3,899.25 | 7,798.50 | |
| 15. Underpayment | 3,899.25 | 3,899.25 | 3,899.25 | 3,899.25 |
| 16. Overpayment | 0.00 | 0.00 | 0.00 | 0.00 |

CALCULATION OF QUARTERLY PENALTIES ATTACHED

| | | | | |
|---|---|---|---|---|
| 17. Penalty | 326.46 | 280.85 | 203.82 | 88.13 |
| 18. Previously Assessed Penalty | | | | 0.00 |
| 19. Estimated Tax Penalty | | | | 899.26 |

Name of Taxpayer: Sandra Rooker
Identification Number: 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

Total

08/08/2003
4.00.00

1995 - EXPLANATION OF THE ESTIMATED TAX PENALTY

Since you did not pay sufficient estimated tax, addition to the tax is charged as shown below, in accordance with Section 6654(a) of the Internal Revenue Code:

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 (Tax Per Return, if a return was filed) | 919.00 |
| 2. Withholding taxes | 41.00 |
| 3. Line 1 less line 2 (if less than $500, estimated penalty does not apply) | 878.00 |
| 4. 90% of line 1 | 827.10 |
| 5. Prior year tax liability (110% of tax if AGI was more than $150,000. or if MFS more than $75,000.) | 0.00 |
| 6. The smaller of line 4 or 5 (as adjusted) | 827.10 |

| 7. Payment Due Date | Apr 15, 1995 | Jun 15, 1995 | Sep 15, 1995 | Jan 15, 1996 |
|---|---|---|---|---|
| 8. Payment Required | 206.78 | 206.78 | 206.78 | 206.78 |
| 9. Payments & Credits | 10.25 | 10.25 | 10.25 | 10.25 |
| 10. Overpayment from Line 16 | | 0.00 | 0.00 | 0.00 |
| 11. Total of Lines 9 & 10 | | 10.25 | 10.25 | 10.25 |
| 12. Previous Qtr Underpayment | | 196.53 | 393.06 | 589.59 |
| 13. 11 minus 12 | 10.25 | 0.00 | 0.00 | 0.00 |
| 14. Remaining Underpayment | | 186.28 | 382.81 | |
| 15. Underpayment | 196.53 | 206.78 | 206.78 | 206.78 |
| 16. Overpayment | 0.00 | 0.00 | 0.00 | 0.00 |

CALCULATION OF QUARTERLY PENALTIES ATTACHED

| | | | | |
|---|---|---|---|---|
| 17. Penalty | 16.51 | 15.54 | 10.77 | 4.54 |
| 18. Previously Assessed Penalty | | | | 0.00 |
| 19. Estimated Tax Penalty | | | | 47.36 |