# EXHIBIT "B"

**Internal Revenue Service**
Appeals Office
6635 Executive Circle
Suite 180
Charlotte, NC 28212

**Department of the Treasury**

**Person to Contact:**
SANDI MICAL-EDENS
Employee ID Number: 56-88786
Tel: 704-566-5250
Fax: 704-566-5394
**Refer Reply to:**
AP:FE:A4:CHA:SGM
**In Re:**
Income
**Docket Number:**
9542-03
**Tax Period(s) Ended:**
1994 & 1995
**Date and Time of Conference:**
May 17, 2004 @ 1:00 pm
**Place:**
Internal Revenue Service
Appeals Office
6635 Executive Circle - Suite 180
Charlotte, NC 28225

Date: April 27, 2004

Sandra Jean Culver Rooker.
6814 Tanners Creek Drive
Huntersville, NC 28078

Dear Ms. Rooker:

Your pending United States Tax Court case has been referred to me for possible settlement. Since the time period for Appeals consideration is very limited, I scheduled a conference as shown above.

The conference will be informal. You may present facts, arguments, and legal authority to support your position. If you plan to introduce new evidence or information, please send it to me for review at least 10 days before the conference. Statements of facts should be submitted as affidavits or signed under penalties of perjury.

Appeals has sole authority to settle your case for a limited time only. Hopefully, we can resolve your case without a trial. However, if we are unable to reach an agreement, I am required to send this case to our Area Counsel for trial preparation.

If you have any questions or must reschedule the conference, please call me.

Sincerely,

Sandi Mical Edens

SANDI MICAL-EDENS
Appeals Officer

EXHIBIT
"B"

# EXHIBIT "C"

**UNITED STATES TAX COURT**

| | | |
|---|---|---|
| SANDRA JEAN CULVER ROOKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Docket No. 1678-04S |
| | ) | |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| | ) | |
| Respondent. | ) | |

**DECISION**

Pursuant to the stipulation of the parties filed in this case, and incorporating herein the facts stipulated by the parties as the findings of the Court, it is

ORDERED AND DECIDED: That there is a deficiency in income tax due from petitioner for the taxable year 1994 in the amount of $3,164.00;

That there is an addition to tax due from petitioner for the taxable year 1994, under the provisions of I.R.C. § 6651(a)(1), in the amount of $791.00;

That there is an addition to tax due from petitioner for the taxable year 1994, under the provisions of I.R.C. § 6654, in the amount of $164.23;

That there is no deficiency in income tax due from petitioner for the taxable year 1995, and that there is an overpayment in income tax for the taxable year 1995 in the amount of $41.00, which overpayment is barred by the statute of limitations under the provisions of I.R.C. § 6511;

That there is no addition to tax due from petitioner for the taxable year 1995 under the provisions of I.R.C. § 6651(a)(1); and

EXHIBIT "C"

That there is no addition to tax due from petitioner for the taxable year 1995 under the provisions of I.R.C. § 6654.

(Signed) STANLEY J. GOLDBERG

Special Trial Judge.

Entered: DEC 17 2004

* * * * *

It is hereby stipulated that the Court may enter the foregoing decision in this case in accordance with the stipulation of the parties submitted herewith.

DONALD L. KORB
Chief Counsel
Internal Revenue Service

_______________________
EUGENE A. STEGER, JR.
Counsel for Petitioner
Tax Court Bar No. SE0638
411 Old Baltimore Pike
Chadds Ford, PA 19317
Telephone: (610) 388-7800

By: Edwina L. Jones
EDWINA L. JONES
Senior Attorney
(Small Business/Self-Employed)
Tax Court Bar No. CE0312
320 Federal Place
Room 509
Greensboro, NC 27401
Telephone: (336) 378-2049

Date: _______________________

Date: Dec. 6, 2004

# EXHIBIT "D"

*Eugene A. Steger, Jr.*
*Attorney at Law*
*P.O. Box 1059*
*411 Old Baltimore Pike*
*Chadds Ford, PA 19317*
*(610) 388-7800*
*(610) 388-9332*

February 11, 2005

Internal Revenue Service
Special Procedures Branch
Federated Investors Tower
1001 Liberty Ave
Suite 1300
Pittsburgh, PA 15222

**Re: Sandra Jean Culver Rooker**
**Social Security No. 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**
**Civil Penalty 6672**
**Tax Years: 1998, 1999, 2000, 2001, 2002**

Gentlemen,

Enclosed herein please find Power of Attorney Form 2848 for the above captioned individual and Form 843 Claim for Refund and Request for Abatement for tax years 1998, 1999, 2000, 2001, 2002.

Please be advised that Ms. Rooker never received written notification of a preassessment against her. Further, it is her position that she was neither a "signatory" nor a "responsible party" as defined in the Code which would permit the assessment of the payroll tax liability against her.

Ms. Rooker has had the following refunds taken and applied against the wrongly assessed penalty. These are as followed:

- 1998 $854.00
- 1999 $1301.00
- 2000 $122.00
- 2001 $946.00
- 2002 $1454.00

If you have any questions please feel free to contact my office.

EXHIBIT
"D"

Sincerely,

Eugene A. Steger Jr., J.D., L.L.M., C.P.A.
EAS/bjb
Cc: Sandra Rooker

Form **2848**
(Rev. January 2002)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150
**For IRS Use Only**
Received by:
Name
Telephone
Function
Date / /

## Part I Power of Attorney (Type or print.)

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| SANDRA ROOKER<br>6814 TANNERS CREEK ROAD<br>HUNTERSVILLE, PA 28078 | 464 : 43 : 5397 | |
| | Daytime telephone number ( ) | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Eugene A. Steger, Jr.<br>411 Old Baltimore Pike<br>Chadds Ford, PA 19317 | CAF No. 2605-22490<br>Telephone No. 610-388-7800<br>Fax No. 610-388-9332<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (See the instructions for line 3.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| INCOME | 1040 | 1993,1994,1995,1996 |
| INCOME | 1040 | 1997,1998,1999,2000 |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF** . . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the authority to execute a request for a tax return, or a consent to disclose tax information unless specifically added below, or the power to sign certain returns. See the instructions for **Line 5. Acts authorized.**

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ..............................

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the separate instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ____________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

**For Paperwork Reduction and Privacy Act Notice, see the separate instructions.** Cat. No. 11980J Form **2848** (Rev. 1-2002)

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . . . ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box. ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box . . . . . ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here. . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

**▶ IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

Signature ______ Date ______ Title (if applicable) ______

SANDRA ROOKER
Print Name

Signature ______ Date ______ Title (if applicable) ______

Print Name ______

## Part II Declaration of Representative

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the separate instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

  a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
  b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  d Officer—a bona fide officer of the taxpayer's organization.
  e Full-Time Employee—a full-time employee of the taxpayer.
  f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  h Unenrolled Return Preparer—an unenrolled return preparer under section 10.7(c)(1)(viii) of Treasury Department Circular No. 230.

**▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation—Insert above letter **(a–h)** | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| a | PA-25370<br>SE8638 | | |
| | | | |
| | | | |

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . . . ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box . . . . ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here. . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] Signature — 5/17/04 Date — Title (if applicable)

SANDRA ROOKER
Print Name

Signature — Date — Title (if applicable)

Print Name

**Part II Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the separate instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer—a bona fide officer of the taxpayer's organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer—an unenrolled return preparer under section 10.7(c)(1)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation—Insert above letter (a–h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| a | PA-25370 SE8638 | [signature] | 5/18/04 |
| | | | |
| | | | |

Form **843** (Rev. November 2002)
Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.*
***Do not** use Form 843 if your claim is for —*
- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>SANDRA ROOKER | Your SSN or ITIN<br>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 |
| Address (number, street, and room or suite no.)<br>6814 TANNERS CREEK ROAD | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>HUNTERSVILLE, NC 28078 | Employer identification number (EIN) |
| Name and address shown on return if different from above<br>2116 COURTSIDE LN #205<br>CHARLOTTE NC 28270 | Daytime telephone number<br>704-758-3404 |
| 1 Period. Prepare a separate Form 843 for each tax period<br>From 1-1-98 to 12-31-98 | 2 Amount to be refunded or abated<br>$ 854.00 |

3a Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☒ Penalty — IRC section ▶ 6672

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☒ Other (specify) 1040

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☒ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ 4-15-99

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

SANDRA ROOKER HAS HAD HER REFUND FOR TAX YEAR 1998 WRONGLY TAKEN AND APPLIED TO THE UNPAID 1996 PAYROLL TAXES OF HER FORMER HUSBAND'S COMPANY, RYLAN SALES INC. SANDRA ROOKER WAS A STAY AT HOME MOTHER AND HAD NO CONTROL OVER THE PAYROLL OF RYLAN SALES, INC, NOR DID SHE HAVE ANY CONTROL OVER THE NONPAYMENT OF RYLAN SALES, INC.'S PAYROLL TAXES FOR 1996. FURTHER, HER FORMER HUSBAND, DAVID ROOKER, WAS FALSELY AND AND WITHOUT AUTHORITY UTILIZING MS. ROOKER'S SOCIAL SECURTIY NUMBER AS THE PRIMARY RESPONSIBLE PARTY. MOREOVER, AT NO TIME DID MS. ROOKER RECEIVE NOTICE OF PREASSESSMENT OF SECTION 6672 PENALTIES NOR HER NCESSARY APPEAL RIGHTS BEFORE IMPOSITION OF THE PENALTY.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature] Sandra Rooker — Date 2/4/05
Signature (Title, if applicable. Claims by corporations must be signed by an officer.) — Date

Signature — Date

NTF 0490

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions. Form 843 (Rev. 11-2002)

ISA
STF FED1524F

F99PERF

Form **843** (Rev. November 2002) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for —*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>SANDRA ROOKER | Your SSN or ITIN<br>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 |
| Address (number, street, and room or suite no.)<br>6814 TANNERS CREEK ROAD | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>HUNTERSVILLE, NC 28078 | Employer identification number (EIN) |
| Name and address shown on return if different from above<br>420 MATTHEWS ESTATES<br>MATTHEWS NC 28105 | Daytime telephone number<br>704-758-3404 |
| 1 Period. Prepare a separate Form 843 for each tax period<br>From 1-1-99 to 12-31-99 | 2 Amount to be refunded or abated<br>$ 1,301.00 |

3a Type of tax, penalty, or addition to tax:

☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)

☒ Penalty — IRC section ▶ 6672

b Type of return filed (see instructions):

☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☒ Other (specify) 1040

4a Request for abatement or refund of:

☐ Interest as a result of IRS errors or delays.

☒ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ 4-15-00

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

SANDRA ROOKER HAS HAD HER REFUND FOR TAX YEAR 1999 WRONGLY TAKEN AND APPLIED TO THE UNPAID 1996 PAYROLL TAXES OF HER FORMER HUSBAND'S COMPANY, RYLAN SALES INC. SANDRA ROOKER WAS A STAY AT HOME MOTHER AND HAD NO CONTROL OVER THE PAYROLL OF RYLAN SALES, INC, NOR DID SHE HAVE ANY CONTROL OVER THE NONPAYMENT OF RYLAN SALES, INC.'S PAYROLL TAXES FOR 1996. FURTHER, HER FORMER HUSBAND, DAVID ROOKER, WAS FALSELY AND AND WITHOUT AUTHORITY UTILIZING MS. ROOKER'S SOCIAL SECURTIY NUMBER AS THE PRIMARY RESPONSIBLE PARTY. MOREOVER, AT NO TIME DID MS. ROOKER RECEIVE NOTICE OF PREASSESSMENT OF SECTION 6672 PENALTIES NOR HER NCESSARY APPEAL RIGHTS BEFORE IMPOSITION OF THE PENALTY.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Sandra Rooker Sandra J Rooker 2/4/05

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

NTF 0490

Form **843** (Rev. November 2002) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for —*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>SANDRA ROOKER | Your SSN or ITIN<br>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 |
| Address (number, street, and room or suite no.)<br>6814 TANNERS CREEK ROAD | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>HUNTERSVILLE, NC 28078 | Employer identification number (EIN) |
| Name and address shown on return if different from above<br>6768 ROTHCHILD DR.<br>CHARLOTTE NC 28270 | Daytime telephone number<br>704-758-3404 |
| **1** Period. Prepare a separate Form 843 for each tax period<br>From 1-1-00 to 12-31-00 | **2** Amount to be refunded or abated<br>$ 122.00 |

**3a** Type of tax, penalty, or addition to tax:

☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)

☒ Penalty — IRC section ▶ 6672

**b** Type of return filed (see instructions):

☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☒ Other (specify) 1040

**4a** Request for abatement or refund of:

☐ Interest as a result of IRS errors or delays.

☒ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ 4-15-01

**5** **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

SANDRA ROOKER HAS HAD HER REFUND FOR TAX YEAR 2000 WRONGLY TAKEN AND APPLIED TO THE UNPAID 1996 PAYROLL TAXES OF HER FORMER HUSBAND'S COMPANY, RYLAN SALES INC. SANDRA ROOKER WAS A STAY AT HOME MOTHER AND HAD NO CONTROL OVER THE PAYROLL OF RYLAN SALES, INC, NOR DID SHE HAVE ANY CONTROL OVER THE NONPAYMENT OF RYLAN SALES, INC.'S PAYROLL TAXES FOR 1996. FURTHER, HER FORMER HUSBAND, DAVID ROOKER, WAS FALSELY AND AND WITHOUT AUTHORITY UTILIZING MS. ROOKER'S SOCIAL SECURTIY NUMBER AS THE PRIMARY RESPONSIBLE PARTY. MOREOVER, AT NO TIME DID MS. ROOKER RECEIVE NOTICE OF PREASSESSMENT OF SECTION 6672 PENALTIES NOR HER NCESSARY APPEAL RIGHTS BEFORE IMPOSITION OF THE PENALTY.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

NTF 0490

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Sandra L Rooker — Date 2/4/05

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) — Date

Signature — Date

Form **843** (Rev. November 2002) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for —*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant: SANDRA ROOKER | Your SSN or ITIN: 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 |
| Address (number, street, and room or suite no.): 6814 TANNERS CREEK ROAD | Spouse's SSN or ITIN: |
| City or town, state, and ZIP code: HUNTERSVILLE, NC 28078 | Employer identification number (EIN): |
| Name and address shown on return if different from above: 6768 ROTHCHILD DR. CHARLOTTE NC 28270 | Daytime telephone number: 704-758-3404 |
| 1 Period. Prepare a separate Form 843 for each tax period From 1-1-01 to 12-31-01 | 2 Amount to be refunded or abated $ 946.00 |

3a Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☒ Penalty — IRC section ▶ 6672

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☒ Other (specify) 1040

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☒ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ 4-15-02

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

SANDRA ROOKER HAS HAD HER REFUND FOR TAX YEAR 2001 WRONGLY TAKEN AND APPLIED TO THE UNPAID 1996 PAYROLL TAXES OF HER FORMER HUSBAND'S COMPANY, RYLAN SALES INC. SANDRA ROOKER WAS A STAY AT HOME MOTHER AND HAD NO CONTROL OVER THE PAYROLL OF RYLAN SALES, INC, NOR DID SHE HAVE ANY CONTROL OVER THE NONPAYMENT OF RYLAN SALES, INC.'S PAYROLL TAXES FOR 1996. FURTHER, HER FORMER HUSBAND, DAVID ROOKER, WAS FALSELY AND AND WITHOUT AUTHORITY UTILIZING MS. ROOKER'S SOCIAL SECURTIY NUMBER AS THE PRIMARY RESPONSIBLE PARTY. MOREOVER, AT NO TIME DID MS. ROOKER RECEIVE NOTICE OF PREASSESSMENT OF SECTION 6672 PENALTIES NOR HER NCESSARY APPEAL RIGHTS BEFORE IMPOSITION OF THE PENALTY.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature] Date 2/4/05

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

Form **843** (Rev. November 2002)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for —*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>SANDRA ROOKER | Your SSN or ITIN<br>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 |
| Address (number, street, and room or suite no.)<br>6814 TANNERS CREEK ROAD | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>HUNTERSVILLE, NC 28078 | Employer identification number (EIN) |
| Name and address shown on return if different from above | Daytime telephone number<br>704-758-3404 |
| 1 Period. Prepare a separate Form 843 for each tax period<br>From 1-1-02 to 12-31-02 | 2 Amount to be refunded or abated<br>$ 1,454.00 |

3a Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☒ Penalty — IRC section ▶ 6672

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☒ Other (specify) 1040

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☒ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ 4-15-03

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

SANDRA ROOKER HAS HAD HER REFUND FOR TAX YEAR 2002 WRONGLY TAKEN AND APPLIED TO THE UNPAID 1996 PAYROLL TAXES OF HER FORMER HUSBAND'S COMPANY, RYLAN SALES INC. SANDRA ROOKER WAS A STAY AT HOME MOTHER AND HAD NO CONTROL OVER THE PAYROLL OF RYLAN SALES, INC, NOR DID SHE HAVE ANY CONTROL OVER THE NONPAYMENT OF RYLAN SALES, INC.'S PAYROLL TAXES FOR 1996. FURTHER, HER FORMER HUSBAND, DAVID ROOKER, WAS FALSELY AND AND WITHOUT AUTHORITY UTILIZING MS. ROOKER'S SOCIAL SECURTIY NUMBER AS THE PRIMARY RESPONSIBLE PARTY. MOREOVER, AT NO TIME DID MS. ROOKER RECEIVE NOTICE OF PREASSESSMENT OF SECTION 6672 PENALTIES NOR HER NCESSARY APPEAL RIGHTS BEFORE IMPOSITION OF THE PENALTY.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Sandra J Rooker — 2/4/05

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) — Date

Signature — Date