IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.07-404 T
(Judge Robert H. Hodges, Jr.)

SANDRA ROOKER CULVER, n.k.a.
SANDRA CULVER

Plaintiff,

v.

UNITED STATES,

Defendant

DEFENDANT’S MOTION FOR ENLARGEMENT OF
TIME TO FILE ITS ANSWER TO THE COMPLAINT

Pursuant to RCFC 6(b), defendant respectfully moves the Court for a 30-day enlargement of time from August 20, 2007, to and including September 19, 2007, in which to file a response to the complaint. This is the first request by defendant for this purpose. As good cause therefor, defendant states as follows:

Plaintiff filed the complaint in this case on June 21, 2007. Pursuant to 28 U.S.C. Section 520, the United States Department of Justice requested the views of the Internal Revenue Service with respect to this matter. Personnel of the Internal Revenue Service have been preparing the defense letter and assembling the “administrative files” with respect to this action. To date,

defendant's attorney has not received all relevant administrative files. An additional thirty days are needed for the IRS to forward all relevant administrative files to the Department of Justice for use by defendant's attorney in preparing a response.

Plaintiff's attorney stated that he has no objection to the allowance of this motion. Accordingly, defendant requests that the Court allow the requested enlargement of time.

Respectfully submitted,

August 16, 2007
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

August 16, 2007
Date

s/Mary M. Abate
Of Counsel

Attorneys for Defendant