# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | * | |
| SANDRA ROOKER CULVER, n.k.a. SANDRA CULVER, | * | |
| | * | |
| Plaintiff, | | No. 07-404T |
| | * | |
| v. | | Filed: August 16, 2007 |
| | * | |
| UNITED STATES OF AMERICA, | | |
| | * | |
| Defendant. | | |
| | * | |
| * * * * * * * | * | |

**ORDER**

Defendant's unopposed motion for enlargement to September 19 within which to file a response to the Complaint is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge