**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| | ) | |
| **SANDRA ROOKER CULVER n.k.a, SANDRA CULVER** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No.07-404 T** |
| | ) | **The Honorable Robert H. Hodges, Jr.** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of W. C. Rapp as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

W. C. Rapp, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

August 31, 2007

s/ W. C. Rapp
W. C. RAPP
U. S. Department of Justice Department
Tax Division
Court of Federal Claims Section
Voice (202) 307-0503
Fax (202) 514-9440
william.c.rapp2@usdoj.gov