IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.07-404 T
(Judge Robert H. Hodges, Jr.)

SANDRA ROOKER CULVER, n.k.a.
SANDRA CULVER

Plaintiff,

v.

UNITED STATES,

Defendant

DEFENDANT'S MOTION FOR ENLARGEMENT OF
TIME TO FILE ITS ANSWER TO THE COMPLAINT

Pursuant to RCFC 6(b), defendant respectfully moves the Court for a 45-day enlargement of time from September 19, 2007, to and including November 3, 2007, in which to file a response to the complaint. This is the second request by defendant for this purpose, the first having been allowed for a period of 30 days. As good cause therefor, defendant states as follows:

As the Court is aware, defendant's trial attorney has only recently be assigned to this case. Upon review of the files provided to us by the Chief Counsel, Internal Revenue Service, as well as of the legal recommendation made by the Chief Counsel, our attorney concluded that it was necessary to request that the

Chief Counsel review certain additional questions not addressed in their recommendation. We have therefore requested that the Chief Counsel provide us with additional information and advice on additional legal questions. Until this supplemental information is received, it is impossible to prepare a meaningful response to the Complaint.

Plaintiff's attorney stated that he has no objection to the allowance of this motion. Accordingly, defendant requests that the Court allow the requested enlargement of time.

Respectfully submitted,

September 19, 2007
Date

s/ W. C. Rapp
W. C. Rapp
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0503

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

September 19, 2007
Date

s/G. Robson Stewart
Of Counsel

Attorneys for Defendant