# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * | |
| SANDRA ROOKER CULVER, n.k.a. SANDRA CULVER, * | |
| Plaintiff, * | No. 07-404T |
| v. * | Filed: September 20, 2007 |
| UNITED STATES OF AMERICA, * | |
| Defendant. * | |
| * * * * * * * * | |

**ORDER**

Defendant's unopposed motion for enlargement is GRANTED. The Answer to the Complaint is due on or before November 5, 2007.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge