**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SANDRA ROOKER CULVER n.k.a, SANDRA CULVER** | ) | |
| **Plaintiff,** | ) | **No. 07-404 T** |
| | ) | **The Honorable Robert H. Hodges, Jr.** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Richard H. Bowles as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Richard H. Bowles
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

October 10, 2007

s/ Richard H. Bowles
Richard H. Bowles
U. S. Department of Justice
Tax Division
Court of Federal Claims Section
Voice (202) 307-6500
Fax (202) 514-9440
Richard.H.Bowles@usdoj.gov