IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-404 T

(Robert H. Hodges, Jr., Senior Judge )

---

SANDRA ROOKER CULVER,

Plaintiff

v.

THE UNITED STATES,

Defendant

---

**DECLARATION OF RICHARD H. BOWLES IN SUPPORT OF THE GOVERNMENT'S MOTION FOR PARTIAL DISMISSAL**

---

I, Richard H. Bowles, pursuant to the provisions of 28 U.S.C. § 1746, state the following:

1. I am the trial attorney assigned by the Department of Justice to defend the interests of the United States in the case captioned above, and I have certain administrative files of the Internal Revenue Service and the litigation file related to this matter.

2. The litigation and administrative files contain the following documents, which, to the best of my knowledge and belief unless noted otherwise, are true and correct copies of what they purport to be:

| Exhibit | Description |
|---|---|
| A | Form 2751, Proposed Assessment of Trust Fund Recovery Penalty |
| B | Form 4183, Recommendation Re: Trust Fund Recovery Penalty[1] |
| C | Form 2866, Certificate of Official Record, and the transcript of account annexed to it |

Executed under penalty of perjury on November 2, 2007.

Respectfully submitted,

s/ Richard H. Bowles

Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
(v) 202-307-6500
(f) 202-514-9440

[1] Portions of this document have been redacted in accord with § 6103 of the Internal Revenue Code.