Department of the Treasury - Internal Revenue Service

Proposed Assessment of Trust Fund Recovery Penalty
(Sec. 6672, Internal Revenue Code or corresponding provisions of prior Internal Revenue laws)

Report of Business's Unpaid Tax Liability

Name and Address of Business
RYLAN SALES INCORPORATED
PO BOX 3038
MATTHEWS, NC 28106-3038

| Tax Return Form No. | Tax Period Ended | Date Return Filed | Date Tax Assessed | Identifying Number | Amount Outstanding | Penalty |
|---|---|---|---|---|---|---|
| 941 | 09/30/1995 | 11/24/1995 | 01/08/1996 | 56-1900773 | 14980.28 | 9194.52 |
| 941 | 12/31/1995 | 03/07/1996 | 04/22/1996 | 56-1900773 | 18972.08 | 11539.97 |
| 941 | 03/31/1996 | 05/20/1996 | 07/01/1996 | 56-1900773 | 9717.52 | 5878.65 |
| 941 | 06/30/1996 | 07/31/1996 | 09/09/1996 | 56-1900773 | 2445.61 | 1448.74 |

Total Penalty: 28061.88

Agreement to Assessment and Collection of Trust Fund Recovery Penalty

Name, Address, and Social Security Number of Person Responsible
SANDRA J C ROOKER
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
PO BOX 3038
MATTHEWS, NC 28106-3038

I consent to the assessment and collection of the total penalty shown, which is equal either to the amount of Federal employment taxes withheld from employees wages or to the amount of Federal excise taxes collected from patrons or members, and which was not paid over to the Government by the business named above; and I waive the privilege of filing a claim for abatement after assessment.

Signature of person responsible | Date

Form 2751 (Rev. 2/93)