| | |
|---|---|
| Recommendation<br>re: Trust Fund Recovery Penalty Assessment | Employer Identification Number<br>56-1900773 |
| Name and address of business<br>RYLAN SALES INCORPORATED<br>PO BOX 3038<br>MATTHEWS, NC 28106-3038 | Date earliest assessment statute expires<br><br>Trust fund outstanding<br>$29061.89 |

SECTION I. Persons against whom the trust fund recovery penalty is being considered (list all potentially responsible persons)

| | |
|---|---|
| 1. Name, title, address and basis for recommendation<br><br>SANDRA J C ROOKER<br>PO BOX 3038<br>MATTHEWS, NC 28106-3038<br><br>**Ms. Rooker was the Vice-President of corporation. She was involved in its day to day operation and had the authority to make decision about financial matters. Decisions were made to pay other creditors while letting the tax liability go delinquent.** | a. Social Security Number<br>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<br><br>b. Assess<br>$ 29061.88<br><br>Responsible |
| 2. Name, title, address and basis for recommendation<br><br>[redacted] | a. Social Security Number<br>[redacted]<br><br>b. Assess<br>[redacted]<br><br>[redacted] |

| Signature of Revenue Officer | Date | Signature of Group Manager | Date |
|---|---|---|---|
| Paul A. Cooke, Jr. *Paul A Cooke Jr* | 11-27-96 | *Acting* *James G. Smith* | *11/27/96* |

Additional Approvals and Reviews

Non-responsibility Approval (Form 5327 required for inability to pay)

| Signature of Group Manager | Date |
|---|---|
| | |

TPF Review (If applicable)

| Signature of Reviewing Officer | Date |
|---|---|
| | |



DEFENDANT'S EXHIBIT B, PAGE 1 OF 4

Section i. -continued

Persons against whom the trust fund recovery penalty is being considered
(List all potentially responsible persons)

| 3. Name, title, address and basis for recommendation | a. Social Security Number<br>b. Assess |
|---|---|
| 4. Name, title, address and basis for recommendation | a. Social Security Number<br>b. Assess |
| 5. Name, title, address and basis for recommendation | a. Social Security Number<br>b. Assess |

Section 1. -continued

Persons against whom the trust fund recovery penalty is being considered
(List all potentially responsible persons)

3. Remarks (Include recommendations regarding other potentially responsible persons, if any.)

REMARKS

[redacted]

LIST OF EXHIBITS

01 - 9509 FILED 11/24/95 ASSESSED 01/08/96 ASED 04/15/99

| | TOTAL ASSESSED AMOUNT | TAX ONLY | STATUTORY ASSESSED | ADDITIONS ACCRUED | EMPLOYER FICA | EMPLOYEE FICA | TAX WITHHELD | TRUST FUND |
|---|---|---|---|---|---|---|---|---|
| Amount | 15385.48 | 12518.97 | 2866.51 | 2319.97 | 3324.45 | 3324.45 | 5870.07 | 9194.52 |
| Paid | 405.20 | 405.20 | 0.00 | 0.00 | 405.20 | 0.00 | 0.00 | 0.00 |
| Balance | 14980.28 | 12113.77 | 2866.51 | 2319.97 | 2919.25 | 3324.45 | 5870.07 | 9194.52 |

01 - 9512 FILED 03/07/96 ASSESSED 04/22/96 ASED 04/15/99

| | TOTAL ASSESSED AMOUNT | TAX ONLY | STATUTORY ASSESSED | ADDITIONS ACCRUED | EMPLOYER FICA | EMPLOYEE FICA | TAX WITHHELD | TRUST FUND |
|---|---|---|---|---|---|---|---|---|
| Amount | 19302.08 | 15133.96 | 4168.12 | 134.82 | 3593.99 | 3593.99 | 7945.98 | 11539.97 |
| Paid | 330.00 | 330.00 | 0.00 | 0.00 | 330.00 | 0.00 | 0.00 | 0.00 |
| Balance | 18972.08 | 14803.96 | 4168.12 | 134.82 | 3263.99 | 3593.99 | 7945.98 | 11539.97 |

01 - 9603 FILED 05/20/96 ASSESSED 07/01/96 ASED 04/15/100

| | TOTAL ASSESSED AMOUNT | TAX ONLY | STATUTORY ASSESSED | ADDITIONS ACCRUED | EMPLOYER FICA | EMPLOYEE FICA | TAX WITHHELD | TRUST FUND |
|---|---|---|---|---|---|---|---|---|
| Amount | 9717.52 | 7937.30 | 1780.22 | 0.00 | 2058.65 | 2058.65 | 3820.00 | 5878.65 |
| Paid | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Balance | 9717.52 | 7937.30 | 1780.22 | 0.00 | 2058.65 | 2058.65 | 3820.00 | 5878.65 |

01 - 9606 FILED 07/31/96 ASSESSED 09/09/96 ASED 04/15/100

| | TOTAL ASSESSED AMOUNT | TAX ONLY | STATUTORY ASSESSED | ADDITIONS ACCRUED | EMPLOYER FICA | EMPLOYEE FICA | TAX WITHHELD | TRUST FUND |
|---|---|---|---|---|---|---|---|---|
| Amount | 2445.61 | 2090.48 | 355.13 | 0.00 | 641.74 | 641.74 | 807.00 | 1448.74 |
| Paid | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Balance | 2445.61 | 2090.48 | 355.13 | 0.00 | 641.74 | 641.74 | 807.00 | 1448.74 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Balance | 46115.49 | 36945.51 | 9169.98 | 2454.79 | 8883.63 | 9618.83 | 18443.05 | 28061.88 |