

United States of America

**Department of the Treasury
Internal Revenue Service**

Date: JUL 24 2007

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is an IMF MCC Transcript-IMF Literal, captioned Sandra J. Culver, ▮▮▮▮, 13811 Waverton Ln, Huntersville, NC  28078-1218-111, for the taxable period ended June 30, 19██, consisting of 3 pages _____

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*R.L. Commerson* (signature)

R.L. Commerson
Disclosure Manager 07

Catalog Number 19002E        *U.S. GPO: 1997-417-690/61741        Form **2866** (Rev. 09-97)

```
000406

PAGE NO-0001

                    *IMF MCC TRANSCRIPT-IMF LITERAL*        EMP NO 69-411-53782
                                                                  AAC DSMITH
 ACCOUNT NO 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         07-12-2007
 NAME CONT- CULV                CYCLE-200728
****************************************************************************
FOR-6941153782 BY-6941153782 ON-07122007 TYP-X-55-199606
TIME-07:06 SRC-I   AAC DSMITH            PROCESSED ON-193
                                         REQUESTED TAX MODULE FOUND ON MF
                                         DROPPED ENTITY DATA IS AVAILABLE
                                         USE MFTRA REQUEST-TYPE -E- HARDCOPY
```

```
PAGE NO-0001                                          IRS EMPLOYEE 6941153782

DATE REQUESTED 07-12-2007                             PRINT DATE 07-12-2007

FORM NUMBER: CIVIL PN                                 TAX PERIOD: JUNE 1996

              TAXPAYER IDENTIFICATION NUMBER: ████

    SANDRA J CULVER
    13811 WAVERTON LN
    HUNTERSVILLE         NC 28078-1218-111        BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

    ACCOUNT BALANCE:         21,822.03
    ACCRUED INTEREST:        27,467.19     AS OF 07-09-2007
    ACCRUED PENALTY:              0.00     AS OF 07-09-2007

    ACCOUNT BALANCE
       PLUS ACCRUALS:        49,289.22


    RETURN NOT PRESENT FOR THIS ACCOUNT

                          TRANSACTIONS
                                                        MONEY AMOUNT
CODE           EXPLANATION                   DATE       (IF APPLICABLE)
 240 MISCELLANEOUS PENALTY                04-14-1997         28,061.88
     49254-473-52010-7   19971408
     IRC 6672 - TRUST FUND RECOVERY PENALTY
 290 ADDITIONAL TAX ASSESSED              04-14-1997              0.00
     49254-473-52010-7   19971408
 582 FEDERAL TAX LIEN                     10-06-1997
 360 FEES AND COLLECTION COSTS            10-27-1997              4.00
 706 OVERPAID CREDIT APPLIED              04-15-1999            854.00-
     1040       199812
 706 OVERPAID CREDIT APPLIED              09-24-2001             58.85-
     1040       200012
 706 OVERPAID CREDIT APPLIED              04-15-2002            946.00-
     1040       200112
 480 OFFER IN COMPROMISE PENDING          04-30-2003
 706 OVERPAID CREDIT APPLIED              04-15-2003          1,454.00-
     1040       200212
 706 OVERPAID CREDIT APPLIED              04-15-2004          1,699.00-
     1040       200312
 481 OFFER IN COMPROMISE REJECTED         12-01-2004
 706 OVERPAID CREDIT APPLIED              04-04-2005          1,232.00-
     1040       200412
```