# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **SANDRA ROOKER CULVER n.k.a, SANDRA CULVER** | ) | |
| **Plaintiff** | ) | |
| | ) | **No. 07-404 T** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES** | ) | |
| **Defendant** | ) | |

## MOTION TO LEAVE FOR OUT OF TIME

On November 5, 2007, Defendant filed an Answer to Plaintiff's Complaint with Counterclaim. Plaintiff was unable to prepare an appropriate response within the deadline and now find it necessary to move for leave to address Defendants' Counterclaim out of time.

I have conferred with counsel for Defendant about this Motion and he does not oppose this Motion. A proposed Order is attached.

WHEREFORE, Plaintiff respectfully requests this Court grant their motion for leave for out of time that the Plaintiff shall be given until December 30, 2007 to file Answer to Defendants' Counterclaim.

Date:12/20/07

Respectfully submitted,

s/Eugene A.Steger
Eugene A. Steger
Attorney for Plaintiff