# In the United States Court of Federal Claims

* * * * * * * *

SANDRA ROOKER CULVER, n.k.a. SANDRA CULVER, *

Plaintiff, * No. 07-404T

v. * Filed: December 28, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

Plaintiff's motion for leave to file out of time the Answer to Counterclaim is GRANTED. Defendant does not oppose.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge