# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * | | |
| SANDRA ROOKER CULVER, n.k.a. SANDRA CULVER, | * | |
| | * | |
| Plaintiff, | | No. 07-404T |
| | * | |
| v. | | Filed: February 26, 2008 |
| | * | |
| UNITED STATES OF AMERICA, | | |
| | * | |
| Defendant. | | |
| | * | |
| * * * * * * * * | | |

**ORDER**

A review of this case suggests that extended discovery may be unnecessary. The parties must justify the need for over eight months to discover whether plaintiff is a responsible party. The law seems settled that the statute of limitations might limit plaintiff's refund claims. We are not clear, however, whether an informal claim for refund would toll the statute of limitations and if it is applicable. That is, if the Commissioner received informal notice of plaintiff's claim for refund or a protest of the IRS assessment, would that be sufficient? The factual questions are whether plaintiff was a responsible person and whether plaintiff received adequate notice of the penalty assessment.

Counsel will consider the issues in this case in light of the above, and suggest a means of resolving the case promptly. Normally, trials determine whether plaintiff is a responsible person. If trial becomes necessary, the parties should complete any remaining discovery needed for trial this summer. The Government knows now why it thinks plaintiff is a responsible person; plaintiff knows why she disagrees. We see no need for extensive discovery on the issue. A joint status report is due no later than March 5, for the purpose of considering pre-trial activities. The parties may file such recommendations separately if they cannot agree.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge