IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-404 T
(Senior Judge Robert H. Hodges, Jr.)

SANDRA ROOKER CULVER,

Plaintiff,
v.

THE UNITED STATES,

Defendant.

**MOTION FOR ENLARGMENT OF TIME**
**WITHIN WHICH TO SUBMIT THE JOINT STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the U.S. Court of Federal Claims ("RCFC"), the United States moves for a nine-day enlargement of time within which to file a joint status report. By Order of February 26, 2008, the Court requested the parties to file, no later than March 5, 2008, a joint status report suggesting a means of resolving this case promptly. As a result of a trial scheduled during the week of March 3rd, defendant respectfully requests that the Court permit the parties to file this joint status report on or before March 14, 2008. This is the first such enlargement request made. Plaintiff's counsel advises that he does not oppose to the granting of this motion.

The government's attorney of record in this case is a member of the government's trial team in *Gagliardi v. United States*, No. 06-799T, set for trial next week in Newark, New Jersey before another judge of this Court. Accordingly, the government's attorney

of record in this case will be out of the office most of next week and will be required to devote his full attention to trial in *Gagliardi*.

Additionally, in the case at bar, the parties' RCFC 26(a)(1) initial disclosures are due February 29, 2008, and each party's review of the other parties disclosures can be expected to significantly inform their views regarding how this case may be resolved as quickly as possible. In addition, as explained in the parties' Joint Preliminary Status Report, the timeline proposed was based on uncertainty as to the time it will take to locate persons with discoverable information regarding the pertinent events. It is hoped that the initial disclosures will remove at least some of that uncertainty. The requested enlargement will allow the parties adequate time to receive and review initial disclosures, confer on the basis of that review regarding discovery and further proceedings, and prepare a joint status report to assist the Court's supervision of pre-trial activities in this case.

For the reasons stated, the United States asks that this motion for enlargement be granted.

Respectfully submitted,

s/ Richard H. Bowles
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
P.O. Box 26
Washington, D.C. 20044
(v) 202-307-6500
(f) 202-514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID D. GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

February 28, 2008

s/ Steven I. Frahm
Of Counsel