# In the United States Court of Federal Claims

* * * * * * * *

SANDRA ROOKER CULVER, n.k.a. SANDRA CULVER, *

*

Plaintiff, No. 07-404T

*

v. Filed: February 29, 2008

*

UNITED STATES OF AMERICA,

*

Defendant.

*

* * * * * * * *

**ORDER**

Defendant's unopposed motion for enlargement is GRANTED. The Joint Status Report is due on or before March 14, 2008.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge