# In the United States Court of Federal Claims

* * * * * * * *

| | | |
|---|---|---|
| SANDRA ROOKER CULVER, n.k.a. SANDRA CULVER, | * | |
| Plaintiff, | * | No. 07-404T |
| v. | * | Filed: April 7, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * * *

**ORDER**

Counsel proposed a joint discovery plan, as follows:

- The parties will submit a joint status report discussing the progress of discovery and recommending any changes needed by July 14, 2008.
- Discovery will be completed on or before August 14, 2008.
- The parties will submit a joint status report proposing further proceedings, if applicable, by September 22, 2008.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge