**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 07-404 T**
**(Senior Judge Robert H. Hodges, Jr.)**

---

**SANDRA ROOKER CULVER n.k.a,**
**SANDRA CULVER,**

**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

---

**JOINT STATUS REPORT**

Pursuant to the Court's Order of April 7, 2008, the parties submit this Joint Status Report to discuss the progress of discovery and to recommend changes to the discovery schedule.

The parties have been pursuing discovery and have engaged in settlement discussions, which led to an offer from the plaintiff. To evaluate plaintiff's offer, defendant has scheduled the deposition of a key witness. Once that deposition is completed, defendant will be in a better position to determine the prospects of settlement or whether defendant instead must complete the discovery it has undertaken by scheduling other depositions. If defendant rejects plaintiff's offer then plaintiff desires additional discovery and deposition of agent who assessed 6672 penalty. The parties therefore propose that the Court extend the time for discovery from August 14, 2008 to September 30, 2008 and require the parties to file a joint status report on or before October 20, 2008 to discuss the progress of settlement discussions or to offer a proposal for future proceedings.

Date: July, 14, 2008

Respectfully submitted,

Counsel for Plaintiff

s/Eugene A. Steger, Jr.
EUGENE A. STEGER, JR
Eugene Steger & Associates, P.C.
411 Old Baltimore Pike
Chadds Ford, PA 19317
(v) 610-388-7800
(f) 610-388-0107
esteger@stegergowie.com

Counsel for Defendant
July 14, 2008

s/Richard H. Bowles
RICHARD H. BOWLES
Attorney of Record
U. S. Department of Justice,
Tax Division
Court Of Federal Claims Section
P.O. Box 26
Washington, D.C. 20044
(v) 202-307-6500
(f) 202-514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID D. GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

July 14, 2008

s/David Gustafson
Of Counsel