**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SANDRA ROOKER CULVER n.k.a,**<br>**SANDRA CULVER** | ) | |
| **Plaintiff** | ) | |
| | ) | **No. 07404** |
| **v.** | ) | |
| **THE UNITED STATES** | ) | |
| **Defendant** | ) | |

**CERTIFICATE OF SERVICE**

I, Eugene A. Steger, Esquire, hereby certify that a true and correct copy of all papers contained in the foregoing document have been electronically served upon the following persons, by the following means and on the date stated:

| Name | Means of Service | Date of Service |
|---|---|---|
| Richard H. Bowles<br>U. S. Department of Justice,<br>Tax Division<br>Court Of Federal Claims Section<br>P.O. Box 26<br>Washington, D.C. 20044<br>202-307-6500 | Electronic Filing System<br>ECF/PACER | July 14, 2008 |

Date:July 14, 2008

Respectfully submitted,

s/Eugene A. Steger, Jr.
Eugene A. Steger, Jr.
Attorney for Plaintiff
Eugene Steger & Associates, P.C.
411 Old Baltimore Pike
Chadds Ford, PA 19317
610-388-7800
610-388-0107 (fax)
esteger@stegerlaw.net