# In the United States Court of Federal Claims

* * * * * * * *

| | | |
|---|---|---|
| SANDRA ROOKER CULVER, n.k.a. SANDRA CULVER, | * | |
| Plaintiff, | * | No. 07-404T |
| v. | * | Filed: July 17, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * * *

**ORDER**

This case was filed last year. The parties state that plaintiff has made an offer of settlement and that defendant is evaluating the offer. Once defendant deposes "a key witness," it may be in a better position to decide whether additional depositions are needed. The parties propose that we extend discovery to September 30 for this purpose, then await a status report on October 20.

We suggested earlier that the nature of this case does not justify extensive discovery. The status report does not include information about the proposed deposition's timing; it could be next week. Defendant will advise the court as soon as possible regarding its schedule for deposing the key witness so that we may schedule a status conference immediately thereafter. During that conference, the parties may explain the status of settlement discussions, particularly including whether additional time will be needed for discovery. It seems unlikely that elaborate discovery would be in the best interest of either party in a case of this nature.

Defendant will file a notice of scheduled deposition no later than July 22. We will schedule a conference as soon as possible after the deposition is conducted.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge