IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-404 T
(Senior Judge Robert H. Hodges, Jr.)

SANDRA ROOKER CULVER,

Plaintiff,
v.

THE UNITED STATES,

Defendant.

**NOTICE REGARDING DEPOSITION AND SETTLEMENT**

Pursuant to the Court's Order of July 17, 2008, the government submits this notice regarding a deposition, as affecting the potential settlement of this case. The Court's Order expresses the Court's intention to hold a status conference, and defendant hopes that this notice will be helpful to the Court in guiding the discussion at that conference.

1. On July 7, 2008, defendant conducted the deposition in Greenville, SC of Mr. David Rooker. Mr. Rooker was the president of Rylan Sales, Inc., which failed to pay over employment taxes to the United States, and which taxes gave rise to the assessed Section 6672 penalties against plaintiff, his then-wife. Defendant took Mr. Rooker's deposition as a "key" witness who might have information relevant to plaintiff's liability for the penalties and which might enable the parties to settle this litigation. Mr. Rooker's deposition is part of

defendant's effort to streamline discovery and minimize the cost and burden to all, despite being hampered in its investigation of this case, because the IRS has only a few documents in its administrative file.

2. During Mr. Rooker's deposition, he identified a person who might still have pertinent business records of Rylan Sales. After locating that individual, defendant promptly issued a subpoena to obtain the available records. The subpoena requests production on or before August 13, 2008. Defendant anticipates that its evaluation of plaintiff's current offer will be greatly informed by its review of the deposition transcript and the documents the government awaits.

3. The early meeting of counsel occurred in this case in February 2008. Defendant therefore has had a limited amount of time (given the sparseness of IRS records) to determine the facts of this case and its susceptibility to settlement. *See* RCFC 26(d). That effort is expected to come to a close with the production of documents responsive to the subpoena precipitated by Mr. Rooker's deposition. Defendant expects that it will then turn to considering whether plaintiff's settlement offer represents an appropriate resolution of this case.

Respectfully submitted,

s/ Richard H. Bowles
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
P.O. Box 26
Washington, D.C. 20044
(v) 202-307-6500
(f) 202-514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID D. GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

July 22, 2008

s/ Steven I. Frahm
Of Counsel