# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | * | |
| SANDRA ROOKER CULVER, n.k.a. SANDRA CULVER, | * | |
| | * | |
| Plaintiff, | * | No. 07-404T |
| v. | * | Filed: July 25, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * | * | |

**ORDER**

Counsels' request for an extension of time for discovery is GRANTED. Discovery will be completed on or before September 30, 2008. The parties will submit a joint status report by October 20, 2008.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge