# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **SANDRA ROOKER CULVER n.k.a,**<br>**SANDRA CULVER**<br><br>**Plaintiff**<br><br>**v.**<br><br>**THE UNITED STATES**<br><br>**Defendant** | ) | **No. 07-404 T** |

## MOTION TO REQUEST A TELEPHONE HEARING

On or about August 3, 2008, Plaintiff received Defendant's response to Plaintiff's First Request for Production. Defendant has refused to produce documents requested. Plaintiff cannot complete discovery without Defendant's compliance to Plaintiff's Request for Production.

Defendant has issued numerous subpoenas and to date has not produced any discovery to Plaintiff from issuance of said subpoenas.

Defendant has deposed Plaintiff's ex-husband, David Rooker, the former President of Rylan Sales, Inc. Defendant has since issued several additional subpoenas, the most recent with response due by August 13, following an Order issued by this Court on July 17, 2008.

Defendant has not scheduled a deposition of his "key witness" by July 22 per the Court's Order, to Plaintiff's knowledge.

WHEREFORE, Plaintiff respectfully requests this Court grant their motion for telephonic hearing to discuss Defendant's refusal to produce requested documents and other outstanding issues.

Date:08/07/08

Respectfully submitted,

s/Eugene A. Steger
Eugene A. Steger
Attorney for Plaintiff