**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SANDRA ROOKER CULVER n.k.a, SANDRA CULVER** | ) | |
| **Plaintiff** | ) | **No. 07-404 T** |
| **v.** | ) | |
| **THE UNITED STATES** | ) | |
| **Defendant** | ) | |

RECEIVED
COURT OF FEDERAL
CLAIMS SECTION
2008 JUL -9 PM 3:41

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

The Plaintiff, Sandra Culver requests, pursuant to Rules 26 and 34 of the Rules of the United States Federal Claims (RCFC), that Plaintiff produce the documents described below for inspection and copying.

Consistent with the provisions of RCFC 34 that a production "request shall speifiy a reasonable time, place, and manner of making the inspection and performing the related acts, it is hereby specified that a representative of Defendant shall make such document available for inspection and copying at the offices of Plaintiff's counsel, Eugene A. Steger, Eugene Steger & Associates, 411 Old Baltimore Pike, Suite 101, Chadds Ford, PA, 19317 at 10:00 a.m. on Monday, August 4, 2008, or at such other time or location, and in such manner as is mutually agreed upon by both parties.

The documents produced shall be organized and labeled to correspond to the particular request to which they are responsive, and, as so organized and labeled, the documents shall be produced as they are kept in the usual course of business, to the extent possible. It is further requested that Plaintiff identify in its written response each document (or portion thereof) or category of documents withheld from production and state with respect thereto the specific ground(s) for objection with sufficient particularity to permit the matter to be brought before the Court.

GOVERNMENT EXHIBIT
A

The documents to be produced are as follows:

941's;

Corporate Returns;

W-3 Transmittals;

6672 pre-assessment notice;

6672 assessment;

and any other documents with Sandra Rooker's signature.

Date: 7/2/08

Respectfully submitted,

Eugene A. Steger
Attorney for Plaintiff
411 Old Baltimore Pike
Chadds Ford, PA 19317
610-388-7800
Fax 610-388-0107
esteger@stegerlaw.net

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SANDRA ROOKER CULVER n.k.a,**<br>**SANDRA CULVER** | ) | |
| **Plaintiff** | ) | **No. 07404** |
| **v.** | ) | |
| **THE UNITED STATES** | ) | |
| **Defendant** | ) | |

## CERTIFICATE OF SERVICE

I, Eugene A. Steger, Esquire, hereby certify that a true and correct copy of all papers contained in the foregoing document have been served upon the following persons, by the following means and on the date stated:

| **Name** | **Means of Service** | **Date of Service** |
|---|---|---|
| Richard H. Bowles<br>U. S. Department of Justice,<br>Tax Division<br>Court Of Federal Claims Section<br>P.O. Box 26<br>Washington, D.C. 20044<br>202-307-6500 | U.S. Certified Mail<br>Postage Prepaid<br>Return Receipt Requested | July 2, 2008 |

Date: 7/2/08

Respectfully submitted,

Eugene A. Steger
Attorney for Plaintiff
Eugene Steger & Associates, P.C.
411 Old Baltimore Pike
Chadds Ford, PA 19317
610-388-7800
610-388-0107 (fax)
esteger@stegerlaw.net

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-404 T
(Senior Judge Robert H. Hodges, Jr.)

SANDRA ROOKER CULVER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

AUG - 1

Defendant, the United States of America, hereby responds, pursuant to Rules 26 and 34 of the United States Court of Federal Claims ("RCFC"), to plaintiff's first Request For Production of Documents as follows.

**<u>FIRST UNNUMBERED REQUEST</u>**:

941's

**<u>RESPONSE</u>**:

The United States objects to this request on the grounds that it is vague, overly broad, unduly burdensome, and seeks irrelevant information not reasonably tailored to lead to the discovery of admissible evidence.

Without waiving these objections, counsel is informed that the Internal Revenue Service



GOVERNMENT EXHIBIT
B

does not have Forms 941 for Rylan Sales, Inc., for the quarterly periods ended September 30, 1995, December 31, 1995, March 31, 1996, and June 30, 1996.

**SECOND UNNUMBERED REQUEST**:

Corporate Returns

**RESPONSE**:

The United States objects to this request on the grounds that it is vague, overly broad, unduly burdensome, and seeks irrelevant information not reasonably tailored to lead to the discovery of admissible evidence.

Without waiving these objections, counsel is informed that Rylan Sales, Inc., did not file a Form 1120-S for the period ended December 31, 1995. A substitute for return was prepared by the Internal Revenue Service and is produced herewith (USA 000162 through USA 000166). Counsel is informed that the Internal Revenue Service is unable to obtain a Form 1120S for Rylan Sales, Inc., for the period ended December 31, 1996.

**THIRD UNNUMBERED REQUEST**:

W-3 transmittals

**RESPONSE**:

The United States objects to this request on the grounds that it is vague, overly broad, unduly burdensome, and seeks irrelevant information not reasonably tailored to lead to the discovery of admissible evidence.

Without waiving these objections, counsel is informed that the Internal Revenue Service does not have Form W-3 for Rylan Sales, Inc., available for 1995 or 1996.

**FOURTH UNNUMBERED REQUEST**:

6672 pre-assessment notice

**RESPONSE**:

The United States objects to this request on the grounds that it is vague, overly broad, unduly burdensome, and seeks irrelevant information not reasonably tailored to lead to the discovery of admissible evidence.

Without waiving these objections, defendant directs attention to materials previously supplied to plaintiff (USA 00010 - USA 00014).

**FIFTH UNNUMBERED REQUEST**:

6672 assessment

**RESPONSE**:

The United States objects to this request on the grounds that it is vague, overly broad, unduly burdensome, and seeks irrelevant information not reasonably tailored to lead to the discovery of admissible evidence.

Without waiving these objections, defendant directs attention to materials previously supplied to plaintiff (USA 00001 and Exhibit C to Defendant's Motion for Partial Dismissal).

**FIRST UNNUMBERED REQUEST**:

any other documents with Sandra Rooker's signature

**RESPONSE**:

The United States objects to this request on the grounds that it is vague, overly broad, unduly burdensome, and seeks irrelevant information not reasonably tailored to lead to the discovery of admissible evidence.

Without waiving these objections, defendant directs attention to materials previously supplied to plaintiff, both within defendant's initial disclosures and as Exhibits 10 and 11 for the deposition of David Wayne Rooker on July 7, 2008.

Respectfully submitted,

RICHARD H. BOWLES
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
P.O. Box 26
Washington, D.C. 20044
(v) 202-307-6500
(f) 202-514-9440
Richard.H.Bowles@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section

Of Counsel

August 1, 2008

SFR / Exam

1995/2

Form **1120S** Department of the Treasury Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

▶ **Do not file this form unless the corporation has timely filed Form 2553 to elect to be an S corporation.**

▶ **See separate instructions.**

OMB No. 1545-0130

**1995** 1995

For calendar year 1995, or tax year beginning , 1995, and ending , 19

| | | |
|---|---|---|
| A Date of election as an S corporation | Use IRS label. Otherwise, please print or type. Name: Rylan Sales Inc | C Employer identification number: 56 1900773 |
| | Number, street, and room or suite no. (If a P.O. box, see page 9 of the instructions.) 3224 Glen Summit | D Date incorporated: 1/1/1994 |
| B Business code no. (see Specific Instructions) 499000 | City or town, state, and ZIP code: Charlotte, NC 28270 | E Total assets (see Specific Instructions) $ |

F Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Change in address (4) ☐ Amended return

G Check this box if this S corporation is subject to the consolidated audit procedures of sections 6241 through 6245 (see instructions before checking this box) ▶ ☐

H Enter number of shareholders in the corporation at end of the tax year ▶

**Caution:** *Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.*

**Income**

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales ______ b Less returns and allowances ______ c Bal ▶ | 1c | |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 | Net gain (loss) from Form 4797, Part II, line 20 *(attach Form 4797)* | 4 | |
| 5 | Other income (loss) *(attach schedule)* | 5 | |
| 6 | **Total income (loss).** Combine lines 3 through 5 ▶ | 6 | |

W

**Deductions** (see page 10 of the instructions for limitations)

04.04.2002

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | |
| 12 | Taxes and licenses | 12 | |
| 13 | Interest | 13 | |
| 14a | Depreciation *(if required, attach Form 4562)* — 14a | | |
| b | Depreciation claimed on Schedule A and elsewhere on return — 14b | | |
| c | Subtract line 14b from line 14a | 14c | |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions *(attach schedule)* | 19 | |
| 20 | **Total deductions.** Add the amounts shown in the far right column for lines 7 through 19 ▶ | 20 | |
| 21 | Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 | 21 | |

**Tax and Payments**

| | | | |
|---|---|---|---|
| 22 | **Tax: a** Excess net passive income tax *(attach schedule)* — 22a | | |
| b | Tax from Schedule D (Form 1120S) — 22b | | |
| c | Add lines 22a and 22b (see page 13 of the instructions for additional taxes) | 22c | |
| 23 | **Payments: a** 1995 estimated tax payments and amount applied from 1994 return — 23a | | |
| b | Tax deposited with Form 7004 — 23b | | |
| c | Credit for Federal tax paid on fuels *(attach Form 4136)* — 23c | | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty. Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | **Tax due.** If the total of lines 22c and 24 is larger than line 23d, enter amount owed. See page 3 of the instructions for depositary method of payment ▶ | 25 | |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ▶ | 26 | |
| 27 | Enter amount of line 26 you want: **Credited to 1996 estimated tax** ▶ ______ **Refunded** ▶ | 27 | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer — Date — ▶ Title

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ▶ ☐ | Preparer's social security number |
| Firm's name (or yours if self-employed) and address ▶ | | EIN ▶ | |
| | | ZIP code ▶ | |

**For Paperwork Reduction Act Notice, see page 1 of separate instructions.** Cat. No. 11510H Form **1120S** (1995)

USA 000162

Station Name: CHL002WA0959494 User Name: jkbell56 Date: 4/30/ 2 Time: 8:48:44 A

BMFOLT56-1900773 02199512000 BMF TAX MODULE NM CTRL:RYLA UP-CYC:18
28377-101-20000-2

CAF:0/AIMS SC:28 MF ASS'D MOD BAL: 0.00 ARDI:0 FRZ: -L
ASED:00-00-0000 INTEREST TO DATE:04-29-2002 EMIS/
GOVERNING SC:28 2% TRIGGER DATE: 00-00-0000 FTP START DT:00-00-00
HISTORIC ULC:56 INT TOT: 0.00 FTP MONTHS:00
TDA COPYS: INT ASS'D: 0.00 FTP TOT: 0
DAR CC:00 INT PAID: 0.00 FTP ASS'D: 0
LATEST CSED DATE:00-00-0000 RSED DT:00-00-0000 RET DUE DT:03-15-1996
EARLIEST CSED DT:00-00-0000 IMMINENT CSED DT:00-00-0000 F2290 IND:00
DISASTER DUE DT:00-00-0000 AGREEMENT IND:0 FMS-CD:
DIRECT DEPOSIT CODE:

| TRANS | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|---|---|---|---|---|---|
| 590 | 06051997 | 0.00 | 199724 | 49949-556-60080-7 | CLOSING CODE:52 |
| 590 | 06091997 | 0.00 | 199725 | 49949-560-60076-7 | CLOSING CODE:52 |
| 424 | 04112002 | 0.00 | 200216 | 28377-101-20000-2 | PBC:204 SBC:15000 EGC:1407 SOURCE-CD:24 |

SPC:021 RET REQ IND:3 PTR PBC:000 PLAN:

PAGE 001 OF 001 BMFPG 001

INOLES56-1900773 CURRENT BMF N/C RYLA LOC CODE 5601 LUC 20000

CURRENT BMF NAMELINE
RYLAN SALES INCORPORTED
% DAVID W ROOKER
PO BOX 3038
MATTHEWS NC 28106-3038 388

FILING REQUIREMENTS
1120-02

FISCAL YEAR MONTH 12
PRIOR FISCAL YEAR MONTH 00
EMPLOYMENT CODE 0
ESTABLISHMENT YEAR/MONTH 199412
BOD CODE SB BOD CLIENT CODE DEBT IND N

# EXPEDITE PROCESSING CYCLE ADDENDUM

## I. To Be Completed by Examining Officer

1. DO NOT assess the following penalties:
   - [ ] Sec. 6651(a)(1) - Failure to File
   - [ ] Sec. 6651(a)(2) - Failure to Pay
   - [ ] Sec. 6656(a) - Failure to Deposit
   - [ ] Sec. 6652(d)(1) - Failure to File - Exempt
   - [ ] Sec. 6652(d)(2) - Failure to File - EO Manager
   - [ ] Reasonable Cause Established
   - [ ] Criminal Presecution/Joint Investigation
   - [ ] Other (specify IRC Section)

2a. Refund Due Taxpayer Yes [ ] No [X]

or

b. Freeze Prepayment Credits: Yes [X] No [ ]

[ ] IMF - Computer Condition Code (CCC) 3

[X] BMF - Computer Condition Code (CCC) X

3. Appropriate Schedules Attached [ ]

4. Form W-2 Attached (if appropriate) |

5. Taxpayer Secured SSN/EIN Yes [X] No [ ]
If yes, attach Form SS-4 or copy of application for SSN, if available
If no, attach Form 3198 annotating "Taxpayer unwilling to obtain SSN/EIN"

6. Is the Examination Completed?
[ ] Yes, Workpaper File Attached [X] No, Copy of Return Retained by Examin

## II. To Be Completed by Group Clerk

| 1. Examining Officer | 2. FTS Number | 3. District Office Code | 4. Date prepared |
|---|---|---|---|
| Annette Hill | (704) 566-5101 | 56 | 4/4/02 |

| 5. Organization Code | 6. TP EIN/SSN |
|---|---|
| SB/SE, A4, T6, 64 - 1407 | 56-1900773 |

| 7. Taxpayer Name | 8. MFT | 9. Tax Period |
|---|---|---|
| Rylan Sales, Inc | 02 | 199512 |

## III. To Be Completed by Examination Support & Processing Branch

| 1. Review & Perfection Clerk | 2. FTS Number | 3. ESP Stop Numb |
|---|---|---|
| Sharon Kue | 336-378-2435 | 44S |

| 4 Date Received in ESP | 5. Date Released to Service Center |
|---|---|
| | 5/8/02 |

## IV. To Be Completed by Service Center

| 1. New EIN/SSN | 2. New MFT | 3. New Tax Period | 4. DLN |
|---|---|---|---|
| | | | |

5. New Name

| 6. Completed by (SC Employee & Unit) | 7. FTS Number | 8. Date Com |
|---|---|---|
| | | |

**Service Center will complete Items 1-8, as applicable, whenever any of Items 6-9 in Part II are changed, and send copy to this form to ESP Stop Number shown in Part III and to the Service Center Examination Branch.**

Please see reverse for Delinquent/Substitute Review & Perfection Checksheet

USA 000165

| V. To Be Completed by Examination Support & Processing Branch | Yes | No | Group |
|---|---|---|---|
| **A. ALL RETURNS** | | | |
| .omplete Part III (on front of this form) to indicate the name and telephone number of a ESP mployee to be contacted regarding processing problems. | | | |
| SN or EIN verified by [ ] Master File; [ ] AIMS; [ ] IDRS. | | | |
| no SSN/EIN | | | |
| . Is SS-4 attached? If yes, proceed with review and perfection and send the return to the service center for processing. | | | |
| ). If no, is Part I, Item 5, completed and Form 3198 attached with annotation "taxpayer unwilling to obtain SSN/EIN." | | | |
| :. If no SSN/EIN, no SS-4, and no statement that taxpayer is unwilling to obtain, reject to group if unable to locate SSN/EIN through research. | | | |
| :s name control underlined? Name control verified by [ ] Master File; [ ] AIMS; [ ] IDRS. | | | |
| Are name, address and SSN/EIN legible? Reject to Group if unable to determine correct legible name, address and SSN/EIN. | | | |
| Is the face of the delinquent/substitute return stamped or annotated with the received date? Reject to Group if received date is missing. | | | |
| Does tax period of return agree with [ ] Master File or [ ] IDRS? If not, reject to Group for verification. | | | |
| Does delinquent return contain the signature or the taxpayer or POA? If not, reject to Group to secure taxpayer/POA signature. | | | |
| **B. FORM 941** | | | |
| Is 941-C signed by the taxpayer if attached to a delinquent 941? If not, reject to the Group to secure taxpayer's signature. | | | |
| **C. FORM 706** | | | |
| Does Form 706 have date of death entered? If not, reject to Group. | | | |
| Does Form 706 have the name and address of personal representative? If not, reject to Group. | | | |
| **D. FIDUCIARY RETURNS** | | | |
| Is type of fiduciary indicated? If not, reject to Group. | | | |
| **E. FORM 1040 SERIES** | | | |
| Is filing status completed? If not, reject to Group | | | |
| Is exemption section completed? If not, reject to Group. | | | |
| Are Forms W-2's attached, if applicable? If not, reject to Group. | | | |

*U.S. GPO: 1992-733-081

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 1 day of August, 2008, been made on counsel for the plaintiff by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Eugene A. Steger, Jr.
Steger & Ring, P.C.
411 Old Baltimore Pike
Chadds Ford, PA 19317

Yurhanoch.

U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440
Fax (202) 514-9440