# In the United States Court of Federal Claims

* * * * * * * *

SANDRA ROOKER CULVER, n.k.a. SANDRA CULVER, *

Plaintiff, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

No. 07-404T

Filed: August 14, 2008

**ORDER**

Plaintiff's request for a telephone hearing contains an ambiguous reference to defendant not having produced discovery from issuance of its own subpoenas. Refusal by either party to cooperate in discovery is regarded as a serious matter by this court. If the parties have not resolved this matter by the time of their receipt of this Order, they will agree upon a date and time to meet with the court by telephone to discuss outstanding issues. Counsel are reminded that motions to compel are matters of considerable importance that carry the potential for sanctions.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge